

**OneBeacon**
ACCIDENT GROUP

A Member of OneBeacon Insurance Group

44 Whippany Road
Morristown, NJ 07960

To Whom It May Concern:

I hereby certify that to the best of my knowledge and understanding this Atlantic Specialty Insurance Company Occupational Accident policy #216-001-031, rewritten policy effective January 1, 2013 and issued to:

**Policyholder**
Trucking Industry Group Insurance Trust
Trustee: SunTrust Bank
1445 New York Avenue NW
Washington, DC 20005-2108

**Participating Organization**
Bluestar Services LLC
505 Le Moyne Avenue
Romeoville, IL 60446

is the complete and actual policy as of November 4, 2013.

Tim Bozzone
Transportation Underwriting Manager
OneBeacon Accident Group

**EXHIBIT**

**A**



# OCCUPATIONAL ACCIDENT POLICY

## FOR PARTICIPATING
## CONTRACTORS OF BLUESTAR SERVICES LLC

### AS A PARTICIPATING ORGANIZATION IN THE

# TRUCKING INDUSTRY GROUP INSURANCE TRUST

---

### IMPORTANT NOTICE

**THIS POLICY IS NOT A WORKERS' COMPENSATION POLICY AND IS NOT A
SUBSTITUTE FOR WORKERS' COMPENSATION COVERAGE**

**THIS POLICY PROVIDES COVERAGE FOR LOSSES DUE TO ACCIDENTS ONLY.**

**IT DOES NOT PROVIDE COVERAGE FOR SICKNESS OR
LOSSES DUE TO SICKNESS.**

---

**This Policy is a Legal Contract between the Policyholder and the Insurer.**

### Limited Benefit, Please Read Carefully

Atlantic Specialty Insurance Company
1 Beacon Lane
Canton, MA 02021-1030

AH 400A OA TIGIT 02 12

| | |
|---|---|
| **POLICYHOLDER:** | **Trucking Industry Group Insurance Trust**<br>**Trustee: SunTrust Bank**<br>**1445 New York Avenue, NW**<br>**Washington, DC 20005-2108** |
| **POLICY NUMBER:** | 216-001-031 |
| **PARTICIPATING ORGANIZATION:** | **Bluestar Services LLC**<br>**505 Le Moyne Avenue**<br>**Romeoville, IL 60446** |
| **POLICY EFFECTIVE DATE:** | October 1, 2011 |
| **REWRITTEN POLICY EFFECTIVE DATE:** | **January 1, 2013**<br>(This Policy is a rewrite of the Policy underwritten by OneBeacon America Insurance Company which was issued October 1, 2011 under the same policy number.) |
| **POLICY ANNIVERSARY DATE:** | October 1st |
| **COVERED SUBSIDIARIES AND/OR AFFILIATED COMPANIES:** | None |

This Policy is a legal contract between the Policyholder and the Insurer. The Insurer agrees to insure Eligible Persons of the Policyholder, for whom premium is paid, against loss covered by this Policy, subject to its provisions, limitations and exclusions.

This Policy takes effect on the Policy Effective Date. All periods of insurance begin and end when 12:01 AM, Standard Time occurs at the Policyholder's address. This Policy remains in force for the period for which premium has been paid.

This Policy is governed by the laws of the District of Columbia.

In Witness Whereof, We have caused this Policy to be executed and attested.

Virginia A. McCarthy, Secretary
Atlantic Specialty Insurance Company

Michael Miller, President & CEO
Atlantic Specialty Insurance Company

**READ THIS POLICY CAREFULLY**

AH 400A OA TIGIT 02 12

# Table of Contents

| Provision | Section |
|---|---|
| Eligibility, Effective Date and Termination Date | I |
| Schedule of Benefits | II |
| Premium | III |
| Benefits | IV |
| Limitations | V |
| General Exclusions | VI |
| Termination of Policy | VII |
| Claims Provisions | VIII |
| General Provisions | IX |
| General Definitions | X |

EXHIBIT
- ADDITIONAL SERVICES PROVIDED

ATTACHMENTS
- DC GUARANTY NOTICE
- OUR POLICY REGARDING YOUR PRIVACY

## SECTION I – ELIGIBILITY, EFFECTIVE DATE AND TERMINATION DATE

**ELIGIBILITY**

The following persons are eligible to become **Insured Persons** provided they are at least eighteen (18) years of age:

**Class I:**

All **Owner-Operators** who enroll for coverage under this **Policy**. For purposes of this **Policy** an **Owner-Operator** must lease to or from the **Participating Organization** as indicated on page 2. of this **Policy** as well as in the **Master Application**, and must:

1. have a valid and current Commercial Driver's License or the required license for the vehicle they are assigned to operate;
2. own or lease a power unit;
3. be responsible for the maintenance of the power unit;
4. be responsible for the operating costs of the power unit, including but not limited to fuel, repairs, supplies and other expenses associated with the operation of the power unit;
5. be responsible for maintaining physical damage insurance on the power unit;
6. be responsible for hiring and supervising personnel who operate the power unit;
7. be compensated on a basis other than time expended in the performance of work;
8. be responsible for determining the route and hours for an assignment;
9. have the right to select the load;
10. have a written contract or assignment from the person who has engaged his or her services which provides that he or she is an Independent Contractor;
11. be classified as an Independent Contractor by the person who has engaged his or her services and not as an employee for purposes of workers' compensation insurance, federal income taxes, state income taxes, social security, unemployment insurance or for any other purpose;
12. not be an employee of the **Participating Organization**; and
13. receive a 1099 form for federal income tax reporting purposes, not a W-2.

**Class II:**

All **Contract Drivers** who enroll for coverage under this **Policy**. For purposes of this **Policy**, a **Contract Driver** must:

1. have a valid and current Commercial Driver's License or the required license for the vehicle they are assigned to operate;
2. be authorized by an **Owner-Operator** or motor carrier to operate a power unit owned or leased by an **Owner-Operator**. (The **Contract Driver** must neither own nor lease the power unit.);
3. be compensated on a basis other than time expended in the performance of work;
4. be responsible for determining the route and hours for an assignment;
5. operate the power unit of the person who has engaged his or her services as an Independent Contractor. (Operating the unit must be the principal duty of the **Contract Driver**.)
6. be classified as an Independent Contractor by the person who has engaged his or her services and not as an employee for purposes of workers' compensation insurance, federal income taxes, state income taxes, social security, unemployment insurance or for any other purpose;
7. receive a 1099 form for federal income tax reporting purposes, not a W-2;
8. not be an employee of the **Participating Organization**; and
9. not be an employee of the **Owner-Operator**.

The **Insured Person** cannot be covered by any other **Occupational Accident Policy** issued by **Us**.

If the **Insured Person** pays premium but is not eligible for coverage or does not qualify for benefits under this **Policy**, **We** will refund any premium paid in error.

## INSURED PERSON'S EFFECTIVE DATE

**Class I-Owner-Operator:** An **Owner-Operator's** coverage under this **Policy** begins on the latest of:

1. the **Policy** Effective Date;
2. the date the person becomes a member of an eligible Class as described above;
3. the date the completed enrollment form is received by the **Participating Organization** or an authorized person designated by the **Participating Organization**.

**Class II-Contract Driver:** A **Contract Driver's** coverage under this **Policy** begins on the latest of:

1. the **Policy** Effective Date;
2. the date the person becomes a member of an eligible Class as described above;
3. the date the completed enrollment form is received by the **Participating Organization** or an authorized person designated by the **Participating Organization**.

Coverage will not become effective until the first premium payment is paid when due. If premium is paid when due, coverage is effective on the later of 1, 2 or 3 above. If premium is not paid when due, coverage will not be in effect.

## INSURED PERSON'S TERMINATION DATE

**Class I-Owner-Operator:** An **Owner-Operator's** coverage under this **Policy** ends on the earliest of:

1. the date this **Policy** is terminated;
2. the premium due date, if premiums are not paid when due, subject to the Grace Period (except for the first premium which is not subject to the Grace Period);
3. the date the **Owner-Operator** requests, in writing, that his or her coverage be terminated; or
4. the date the **Owner-Operator** ceases to be a member of an eligible Class as described above.

**Class II-Contract Driver:** A **Contract Driver's** coverage under this **Policy** ends on the earliest of:

1. the date this **Policy** is terminated;
2. the premium due date, if premiums are not paid when due, subject to the Grace Period (except for the first premium which is not subject to the Grace Period);
3. the date the **Contract Driver** requests, in writing, that his or her coverage be terminated;
4. the date the **Contract Driver** ceases to be a member of an eligible Class as described above; or
5. the date the **Owner-Operator**, with respect to whom the **Contract Driver** is under contract, ceases to be a member of an eligible Class as described above.

A change in an **Insured Person's** coverage under this **Policy**, due to a change in the **Insured Person's** eligible Class or benefit selection, becomes effective on the later of: (1) the date the change in his or her eligible Class or benefit selection occurs; or (2) if the change requires a change in premium, the date the first changed premium is paid. However, a change in coverage applies only with respect to **Covered Accidents** that occur after the change becomes effective.

Subject to the terms, conditions, exclusions and limitations of this **Policy**, termination of coverage will not affect a claim for a **Covered Loss** that occurs either before or after such termination, if that **Covered Loss** results from an **Accident** that occurred while the **Insured Person's** coverage was in force under this **Policy**.

## SECTION II – SCHEDULE OF BENEFITS

### OCCUPATIONAL ACCIDENT BENEFITS

Accidental Death Benefit:
  Principal Sum * ............................................................$50,000
  Accident Commencement Period.................................... 365 days

Survivor's Benefit:
  Principal Sum * ..................................................up to $200,000
  Monthly Benefit Percentage.............................................1.0%
  Monthly Benefit Amount....................................................$2,000

Accidental Dismemberment Benefit:
  % of Principal Sum * ........................................up to $250,000
  Accident Commencement Period.................................... 365 days

Paralysis Benefit:
  % of Principal Sum * ........................................up to $250,000
  Accident Commencement Period.................................... 365 days

Temporary Total Disability Benefit:
  Disability Commencement Period ................................ 90 days
  Waiting Period............................................................ 7 days
  Benefit Percentage.........................................70% of AWE
  Minimum Weekly Benefit Amount.................................$125
  Maximum Weekly Benefit Amount.................................$600
  Maximum Benefit Period ** ...................................104 weeks
  Maximum Benefit Period for Hernia ...........................10 weeks

Continuous Total Disability Benefit: ***
  Waiting Period ......................................Maximum Benefit Period for Temporary Total Disability
  Benefit Percentage......................................................70% of AWE
  Minimum Weekly Benefit Amount.......................................$50
  Maximum Weekly Benefit Amount.....................................$600
  Maximum Benefit Amount..........................................$200,000
  Maximum Benefit Period ...............................................to age 70

Accident Medical Expense Benefit:
  Medical Commencement Period .................................. 90 days
  Deductible Amount...............................................................$0
  Maximum Benefit Period .........................................104 weeks
  Dental Maximum ........................................ $3,600 per Accident
  Maximum Benefit Amount per Accident ................$1,000,000
  Lifetime Maximum Benefit ....................................$1,000,000

  Limits on Accident Medical Expense Benefits:

  Services provided by a Chiropractor or Acupuncturist, not including Physical Therapy,
    Occupational Therapy, Work Hardening Therapy.............................$1,000 per Injury
  Ambulance........................................... one round trip to and from a Hospital
    .....but not more than $1,000 for any one Accident
  Air Ambulance...................................one round trip to and from a Hospital
    .....but not more than $7,000 for any one Accident
  Hernia Coverage.....................................lifetime Maximum Benefit of $10,000
  Mental and Nervous – Outpatient ...................................... $25.00 per visit
    .....maximum 20 visits for any one Accident
  Mental and Nervous – Inpatient........................... maximum 20 days
    .....maximum $1,000 for any one Accident

AH 400A OA TIGIT 02 12

**OCCUPATIONAL ACCIDENT LIMITS OF LIABILITY**

- **Combined Single Limit** ................................................................................ $1,000,000
- **Aggregate Limit of Liability** ........................................................................ $2,000,000
   (Applicable to all **Covered Losses** with respect to any one **Occupational Accident**)

\* The **Accidental** Dismemberment Benefit and the Paralysis Benefit will be paid as a Monthly Benefit at 1% of the applicable **Principal Sum**. The payment of this Monthly Benefit will cease upon the earliest of the following: (1) the date the total of the applicable **Principal Sum** has been paid; or (2) the date the **Insured Person** dies. The most **We** will pay for these benefits, as well as the **Accidental** Death Benefit, in total, is the **Insured Person's** maximum **Principal Sum**, if the **Insured Person** can recover benefits under more than one of the benefits as a result of the same **Accident**.

At age 65, the **Insured Person's Principal Sum** will be based on the following schedule:

| For Death and Survivor Benefits, Age at Date of **Covered Loss** For Dismemberment and Paralysis Benefits, Age at Date of Benefit Payment | % of **Principal Sum** |
|---|---|
| 65 | 80% |
| 66 | 60% |
| 67 | 40% |
| 68 | 20% |
| 69 | 15% |
| 70 and over | 10% |

\*\* If an **Insured Person** sustains a **Covered Injury** at or after age 70, the **Maximum Benefit Period** will be one (1) year.

\*\*\*If an **Insured Person** sustains a **Covered Injury** after the **Insured Person's** normal Social Security retirement age, as determined by federal law, the **Insured Person** cannot qualify for **Continuous Total Disability**.

## NON-OCCUPATIONAL ACCIDENT BENEFITS

Accidental Death Benefit:
  Principal Sum * ...........................................................................................................$10,000
  Accident Commencement Period........................................................................ 365 days

Accidental Dismemberment Benefit:
  % of Principal Sum *.........................................................................................up to $10,000
  Accident Commencement Period....................................................................... 365 days

Accident Medical Expense Benefit:
  Medical Commencement Period ......................................................................... 90 days
  Deductible Amount ............................................................................................$0
  Maximum Benefit Period ....................................................................................52 weeks
  Dental Maximum ................................................................................. $1,000 per Accident
  Maximum Benefit Amount per Accident ...........................................................$5,000
  Lifetime Maximum Benefit ...............................................................................$10,000
  Limits on Accident Medical Expense Benefits:
  Physical Therapy, Occupational Therapy, Work Hardening Therapy .................... $1,000 per Injury

  Services provided by a Chiropractor or Acupuncturist, not including Physical Therapy,
    Occupational Therapy, Work Hardening Therapy...................................$1,000 per Injury
  Ambulance.......................................................................one round trip to and from a Hospital
                                                 .....but not more than $1,000 for any one Accident

  Air Ambulance..........................................................one round trip to and from a Hospital
                                                 .....but not more than $7,000 for any one Accident

  Mental and Nervous – Outpatient ...........................................................$25.00 per visit
                                                 .....maximum 20 visits for any one Accident

  Mental and Nervous – Inpatient..............................................................maximum 20 days
                                                 .....maximum $1,000 for any one Accident

## NON-OCCUPATIONAL ACCIDENT LIMITS OF LIABILITY

- **Combined Single Limit**..................................................................................... $10,000
- **Aggregate Limit of Liability** ............................................................................$20,000
  (Applicable to all **Covered Losses** with respect to any one **Non-Occupational Accident**)

* The **Accidental Dismemberment Benefit** will be paid as a Monthly Benefit at 1% of the applicable **Principal Sum**. The payment of this Monthly Benefit will cease upon the earliest of the following: (1) the date the total of the applicable **Principal Sum** has been paid; or (2) the date the **Insured Person** dies. The most **We** will pay for this benefit, as well as the **Accidental Death Benefit**, in total, is the **Insured Person's** maximum **Principal Sum**, if the **Insured Person** can recover benefits under more than one of the benefits as a result of the same **Accident**.

At age 65, the **Insured Person's Principal Sum** will be based on the following schedule:

| For Death Benefit, Age at Date of Covered Loss For Dismemberment Benefit, Age at Date of Benefit Payment | % of Principal Sum |
| --- | --- |
| 65 | 80% |
| 66 | 60% |
| 67 | 40% |
| 68 | 20% |
| 69 | 15% |
| 70 and over | 10% |

## SECTION III – PREMIUM

**Premium Due Date:**    January 1, 2013 and the 1st of each month thereafter for the previous month of coverage.

**Premium Amount:**

Class I:          $ 125.00 per **Owner-Operator** per month

Class II:         $ 125.00 per **Contract Driver** per month

An **Insured Person** who enrolls on or prior to the 15th of the month will pay an amount equal to the full monthly premium. No premium will be payable for the last full or partial month of coverage.

An **Insured Person** who enrolls after the 15th of the month will pay a premium equal to the full monthly premium beginning on the first of the month following the month during which coverage becomes effective. With respect to the last full or partial month of coverage, the **Insured Person** will pay an amount equal to the monthly premium.

**Grace Period:**

For the **Participating Organization:**   A Grace Period of thirty-one (31) days will be provided for the payment of any premium due after the first premium. This **Policy** will not be terminated for nonpayment of premium during the Grace Period if the **Participating Organization** pays all premiums due by the last day of the **Policy** Grace Period. This **Policy** will terminate on the premium due date if all premiums due are not paid by the last day of the **Policy** Grace Period.

If **We** expressly agree to accept late payment of a premium without terminating this **Policy**, **We** do so in accordance with the Noncompliance With **Policy** Requirements provision in the GENERAL PROVISIONS Section of this **Policy**. In such case, the **Participating Organization** will be liable to **Us** for any unpaid premiums for the time this **Policy** is in force, plus all costs and expenses (including, but not limited to, reasonable attorney fees, collection fees and court costs) incurred by **Us** in the collection of all overdue amounts.

No Grace Period will be provided if **We** receive notice to terminate this **Policy** prior to a premium due date.

For the **Insured Person:**  A Grace Period of thirty-one (31) days will be provided for the payment of any premium due after the first premium. The **Insured Person's** coverage will not be terminated for nonpayment of premium during the Grace Period if the **Insured Person** pays the premiums due by the last day of the Grace Period. The **Insured Person's** coverage will terminate if all premiums due are not paid by the last day of the Grace Period.

No Grace Period will be provided if **We** receive notice to terminate the **Insured Person's** coverage prior to a premium due date.

**Change of Premium Amount:**   Premiums are payable to **Us** at the rates and in the manner described above. **We** may change the required premiums due by giving the **Policyholder**, or its **Designee**, at least sixty (60) days advance written notice. **We** may change the required premiums as a condition of any renewal of this **Policy**. **We** may also change the required premiums at any time when any change affecting premiums is made in this **Policy**.

**We** may re-underwrite and may change the terms and conditions of this **Policy**, including the premium rate, on the date when the number of **Insured Persons** under this **Policy** exceeds or is less than the number of **Insured Persons** in the prior month by 15% or more. The **Policyholder**, or its **Designee**, will provide **Us** with written notice of such increase or decrease in the number of **Insured Persons** at least thirty (30) days prior to the effective date of such change.

**Waiver of Premium:**   Subject to this **Policy** remaining in force, all premiums due under this **Policy** with respect to an **Insured Person** receiving either a **Temporary Total Disability** Benefit or **Continuous Total Disability** Benefit under this **Policy** will be waived. Premiums will be waived from the first premium due date on or after the date the **Temporary Total Disability** Benefit or the **Continuous Total Disability** Benefit begins. Premium payments must be resumed on the premium due date next following the date the **Insured Person's Temporary Total Disability** Benefit or **Continuous Total Disability** Benefit ceases. If premium payments are not resumed on that date, the **Insured Person's** coverage under this **Policy** will end on that date. The **Insured Person** is responsible for reporting Waiver of Premium to the **Participating Organization,** or an authorized person designated by the **Participating Organization,** or **Us**.

## SECTION IV – BENEFITS

### ACCIDENTAL DEATH BENEFIT

If a **Covered Injury** to an **Insured Person** results in death within the **Accident Commencement Period** shown in the **Schedule**, **We** will pay the **Principal Sum** shown in the **Schedule**. The **Accident Commencement Period** starts on the date of the **Accident** that caused such **Injury**. If the **Insured Person** suffers an **Accidental** Death such that an **Accidental** Death Benefit is payable under this **Policy**, **We** will pay the beneficiary in accordance with the Payment of Claims provision.

### Survivor's Benefit (does not apply to a Non-Occupational Accident)

The Monthly Benefit Amount will be as described in the **Schedule**. The Monthly Benefit Amount will be paid to the surviving **Spouse** up to the **Principal Sum** shown in the **Schedule**.

If the **Insured Person** is not survived by a **Spouse**, or if the **Insured Person's Spouse** dies or remarries, **We** will pay or continue to pay the Survivor's Benefit to the **Insured Person's** surviving **Dependent Child(ren)**, if any. If there is more than one surviving **Dependent Child**, the Survivor's Benefit will be distributed equally among the surviving **Dependent Children**. The payment of the monthly Survivor's Benefit will end on the earliest of the following dates:

1. the date the **Spouse** dies or remarries, if there are no **Dependent Child(ren)**;
2. the date the last **Dependent Child** dies or is no longer eligible as defined in the GENERAL DEFINITIONS Section of this **Policy**; or
3. the date the **Principal Sum** has been paid.

If the **Insured Person** is not survived by a **Spouse** or any **Dependent Child(ren)**, **We** will pay only the **Accidental** Death Benefit in accordance with the Payment of Claims provision of this **Policy**. **We** will not pay a Survivor's Benefit.

### Exposure and Disappearance

If an **Insured Person** is exposed to weather because of an **Accident** and this results in a **Covered Loss**, **We** will pay the applicable **Principal Sum**, subject to all **Policy** terms.

If the body of an **Insured Person** has not been found within 365 days after the disappearance, stranding, sinking or wrecking of a power unit in which that person was an occupant, then it will be presumed, subject to all other terms and provisions of this **Policy**, that the **Insured Person** has suffered **Accidental** Death within the meaning of this **Policy**. If the **Insured Person** is subsequently found alive and identified, **We** have the right to recover any benefits paid.

### ACCIDENTAL DISMEMBERMENT BENEFIT

If **Injury** to an **Insured Person** results in any one of the **Covered Losses** specified below, within the **Accident Commencement Period** shown in the **Schedule**, **We** will pay the Percentage of the **Principal Sum** indicated below.

| For Covered Loss of: | Percentage of the Principal Sum |
|---|---|
| Both Hands or Both Feet | 100% |
| Sight of Both Eyes | 100% |
| One Hand and One Foot | 100% |
| One Hand and the Sight of One Eye | 100% |
| One Foot and the Sight of One Eye | 100% |
| One Hand or One Foot | 50% |
| Sight of One Eye | 50% |
| Thumb and Index Finger of Same Hand | 25% |

For purposes of the **Accidental** Dismemberment Benefit, **Loss** will mean:

**Loss** of a hand or foot means complete severance through or above the wrist or ankle joint. **Loss** of sight of an eye means total and irrecoverable loss of the entire sight in that eye. **Loss** of thumb and index finger means complete severance through or above the metacarpophalangeal joint of both digits.

AH 400A OA TIGIT 02 12

If more than one **Loss** is sustained by an **Insured Person** as a result of the same **Covered Accident**, only one amount, the largest, will be paid.

**PARALYSIS BENEFIT** (does not apply to a **Non-Occupational Accident**)

If a **Covered Injury** to an **Insured Person** results in any Type of Paralysis specified below, within the **Accident Commencement Period** shown in the **Schedule**, **We** will pay the Percentage of the **Principal Sum** indicated below.

| Type of Paralysis: | Percentage of the Principal Sum |
|---|---|
| **Quadriplegia** | 100% |
| **Paraplegia** | 75% |
| **Hemiplegia** | 50% |
| **Uniplegia** | 25% |

**Quadriplegia** means the complete and irreversible paralysis of both upper and both lower **Limbs**. **Paraplegia** means the complete and irreversible paralysis of both lower **Limbs**. **Hemiplegia** means the complete and irreversible paralysis of the upper and lower **Limbs** of the same side of the body. **Uniplegia** means the complete and irreversible paralysis of one **Limb**. For purposes of this benefit **Limb** means entire arm or entire leg.

If the **Insured Person** sustains more than one Type of Paralysis as a result of the same **Covered Accident**, only the largest single amount will be considered a **Covered Loss**.

**TEMPORARY TOTAL DISABILITY (TTD) BENEFIT** (does not apply to a **Non-Occupational Accident**)

**TTD Benefit Qualifications.**

If a **Covered Injury** to an **Insured Person** results in **Temporary Total Disability** within the **Disability Commencement Period** shown in the **Schedule**, **We** will pay the **Temporary Total Disability** Benefit specified below, subject to satisfaction of any applicable **Waiting Period** shown in the **Schedule**. The **Disability Commencement Period** starts on the date of the **Accident** that caused such **Injury**. After the **Waiting Period** has been satisfied, the **Temporary Total Disability** Benefit will be payable from the day the **Waiting Period** was satisfied.

**TTD Benefit Amount.**

The **Temporary Total Disability** Benefit with respect to each week of an **Insured Person's Temporary Total Disability** during a **Single Period of Total Disability** is equal to the lesser of:

1.  the Benefit Percentage (as shown in the **Schedule**) of the **Insured Person's Average Weekly Earnings (AWE)**; or

2.  the **Maximum Weekly Benefit Amount** shown in the **Schedule**.

In no event will the **Weekly Benefit Amount** be less than the **Minimum Weekly Benefit Amount** as shown in the **Schedule**.

The **Temporary Total Disability** Benefit with respect to less than a full **Benefit Week** of **Temporary Total Disability** equals 1/7th of the **Weekly Benefit Amount** for each day of **Temporary Total Disability**.

**TTD Benefit Calculation.**

For the purposes of this **Temporary Total Disability** Benefit, **Average Weekly Earnings (AWE)** will be calculated as follows:

- For Class I **Owner-Operators:**

  Thirty-three percent (33%) of the gross income the **Insured Person** received in the year prior to the **Covered Accident** as shown in his or her federal income tax return with schedules or 1099s, divided by 52, regardless of his or her prior occupation. If the **Insured Person** worked less than fifty (50) weeks during such time period, then thirty-three percent (33%) of the gross income received as shown in his or her federal income tax return with schedules or 1099s, divided by the number of weeks worked, regardless of his or her prior occupation. The **Insured Person** will have to produce proof, which is satisfactory to **Us**, of the number of weeks worked, if he or she is claiming less than fifty (50) weeks.

- For Class II **Contract Drivers:**

  Seventy-five percent (75%) of the gross income the **Insured Person** received in the year prior to the **Covered Accident** as shown in his or her federal income tax return with schedules or 1099s or similar wage reporting documents divided by 52, regardless of his or her prior occupation. If the **Insured Person** worked less than fifty (50)

weeks during such time period, then seventy-five percent (75%) of the gross income received as shown in his or her federal income tax return with schedules or 1099s or similar wage reporting documents divided by the number of weeks worked, regardless of his or her prior occupation. The **Insured Person** will have to produce proof, which is satisfactory to **Us**, of the number of weeks worked if he or she is claiming less than fifty (50) weeks.

If the **Insured Person** did not file a federal income tax return or receive 1099s or similar wage reporting documents for the year prior to the **Covered Accident** but has worked as an **Owner-Operator** or **Contract Driver** for at least twenty-six (26) weeks in the current year, **We** will divide the gross income earned in the current year by the number of weeks worked in the current year. The **Insured Person** will have to produce proof, which is satisfactory to **Us**, of his or her gross income and the number of weeks worked.

If the **Insured Person** did not file a federal income tax return or receive 1099s or similar wage reporting documents for the year prior to the **Covered Accident** and has not worked as an **Owner-Operator** or **Contract Driver** for at least twenty-six (26) weeks in the current year, **We** will award the **Insured Person** the **Minimum Weekly Benefit Amount** as shown in the **Schedule**.

**We** reserve the right to require the production of the federal income tax return for the year prior to the **Covered Accident** consistent with the filing requirements for that tax year.

**TTD Benefit Offsets.**

Subject to the **Minimum Weekly Benefit Amount**, the **Total Disability Benefit** will be reduced by: (1) Social Security Disability Benefits, excluding any amounts for which the **Insured Person's Dependents** may qualify because of the **Insured Person's** Disability; (2) Social Security Retirement Benefits; (3) Individual or Group Disability Benefits; (4) the amount of any disability income benefits from any automobile or no-fault policy or insurance; (5) the amount the **Insured Person** receives as compensation for lost wages or lost income in a lawsuit or the settlement of a lawsuit; and (6) any income from employment or services, or from leasing the **Insured Person's** power unit. The **Insured Person** must provide federal income tax schedules and returns to **Us** for the purpose of calculating this offset.

**TTD Benefit Termination.**

The **Temporary Total Disability** Benefit will cease on the earliest of the following dates:

1. the date the **Insured Person** is no longer **Temporarily Totally Disabled**;
2. the date the **Maximum Benefit Period** shown in the **Schedule** has been reached;
3. the date on which the **Temporary Total Disability** is not substantiated by objective medical evidence satisfactory to **Us**; or
4. the date the **Insured Person** dies.

**TTD Benefit Definitions.**

As used in this Temporary Total Disability Benefit:

**Benefit Week** means a 7-day period of time that begins on the first day of **Temporary Total Disability** after the **Waiting Period** shown in the **Schedule** for **Temporary Total Disability**, and on the same day of each week thereafter.

**Continuous Care** means monthly monitoring and/or evaluation of the disabling condition by a **Physician**. **We** must receive proof of continuing **Temporary Total Disability** on a monthly basis unless **We** agree to a longer period.

**Disability Commencement Period** means the time period, shown in the **Schedule**, between the date of the **Accident** that caused the **Injury** and the date that **Temporary Total Disability** must begin for disability benefits to be payable under this **Policy**.

**Maximum Benefit Period** means, with respect to **Temporary Total Disability**, the maximum period for which benefits will be payable for a **Temporary Total Disability Covered Loss** during a **Single Period of Total Disability**. The **Maximum Benefit Period** begins after the **Waiting Period**, as indicated in the **Schedule**, has been satisfied. The length of the **Maximum Benefit Period** for **Temporary Total Disability** is shown in the **Schedule**.

**Single Period of Total Disability** means all periods of **Temporary Total Disability** due to the same or related causes (whether or not insurance has been interrupted) except **Temporary Total Disability** due to entirely different and unrelated causes, separated by at least one full day during which the **Insured Person** is not **Temporarily Totally Disabled**.

**Temporary Total Disability or Temporarily Totally Disabled** means disability that: (1) prevents an **Insured Person** from performing the **Material and Substantial Duties** of his or her occupation as a commercial truck driver; (2) requires the care and treatment of a **Physician**; and (3) requires that, and results in, the **Insured Person** receiving

Page 12 of 35

AH 400A OA TIGIT 02 12

**Continuous Care.** If the **Insured Person** does not adhere to the treatment plan the **Physician** prescribes relating to his or her disabling condition, the **Insured Person** will not qualify for the **Temporary Total Disability** Benefit.

For purposes of this section **"Material and Substantial Duties"** will mean a duty or duties which the **Insured Person** is required to perform as an **Owner-Operator** or **Contract Driver**.

## CONTINUOUS TOTAL DISABILITY (CTD) BENEFIT (does not apply to a **Non-Occupational Accident**)

**CTD Benefit Qualifications.**

If a **Covered Injury** to an **Insured Person** resulting in **Temporary Total Disability**, subsequently results in **Continuous Total Disability**, **We** will pay the **Continuous Total Disability** Benefit specified below, provided:

1. the benefits payable for the **Temporary Total Disability Covered Loss** ceased solely because the **Maximum Benefit Period** shown in the **Schedule** for **Temporary Total Disability** has been reached, but the **Insured Person** remains disabled;
2. the **Insured Person** is under the normal Social Security retirement age, as determined by federal law, on the day after the **Maximum Benefit Period** shown in the **Schedule** for **Temporary Total Disability** has been reached;
3. the **Insured Person** has been granted a Social Security Disability Award for his or her disability (If the **Insured Person** cannot meet the credit requirement for a Social Security Award, he or she cannot qualify for the **Continuous Total Disability** Benefit even if he or she would otherwise qualify);
4. the **Insured Person's** disability is reasonably expected to continue without interruption until the **Insured Person** dies, and is substantiated by objective medical evidence satisfactory to **Us**;
5. the **Injury** began within the **Disability Commencement Period** shown in the **Schedule**; and
6. the **Temporary Total Disability** was not principally due to a **Mental and Nervous or Depressive Condition**. (If the **Temporary Total Disability** was principally due to a **Mental and Nervous or Depressive Condition**, the **Insured Person** does not qualify for a **Continuous Total Disability** Benefit.)

An **Insured Person** cannot qualify for a **Continuous Total Disability** Benefit unless the **Insured Person** qualified for a **Temporary Total Disability** Benefit for the same **Covered Injury**.

**Sunset Period:** If the **Insured Person** is not granted a Social Security Award for his or her disability within two (2) years of the **Injury**, the **Insured Person** cannot qualify for a **Continuous Total Disability** Benefit even if he or she would otherwise qualify.

**CTD Benefit Amount.**

The **Weekly Benefit Amount** will be the lesser of the benefit percentage, as shown in the **Schedule**, of the **Average Weekly Earnings (AWE)**, or the **Maximum Weekly Benefit Amount** as shown in the **Schedule**. In no event will the **Weekly Benefit Amount** be less than the **Minimum Weekly Benefit Amount** as shown in the **Schedule**.

The **Continuous Total Disability** Benefit with respect to less than a full **Benefit Week** of **Continuous Total Disability** equals 1/7th of the **Weekly Benefit** for each day of **Continuous Total Disability**.

**CTD Benefit Calculation.**

For purposes of this **Continuous Total Disability** Benefit, **Average Weekly Earnings (AWE)** will be calculated as follows:

- For Class I **Owner-Operators:**

  Thirty-three percent (33%) of the gross income the **Insured Person** received in the year prior to the **Covered Accident** as shown in his or her federal income tax return with schedules or 1099s, divided by 52, regardless of his or her prior occupation. If the **Insured Person** worked less than fifty (50) weeks during such time period, then thirty-three percent (33%) of the gross income received as shown in his or her federal income tax return with schedules or 1099s, divided by the number of weeks worked, regardless of his or her prior occupation. The **Insured Person** will have to produce proof, which is satisfactory to **Us**, of the number of weeks worked, if he or she is claiming less than fifty (50) weeks.

- For Class II **Contract Drivers:**

  Seventy-five percent (75%) of the gross income the **Insured Person** received in the year prior to the **Covered Accident** as shown in his or her federal income tax return with schedules or 1099s or similar wage reporting documents divided by 52, regardless of his or her prior occupation. If the **Insured Person** worked less than fifty (50) weeks during such time period, then seventy-five percent (75%) of the gross income received as shown in his or her federal income tax return with schedules or 1099s or similar wage reporting documents divided by the number of

weeks worked, regardless of his or her prior occupation. The **Insured Person** will have to produce proof, which is satisfactory to **Us**, of the number of weeks worked if he or she is claiming less than fifty (50) weeks.

If the **Insured Person** did not file a federal income tax return or receive 1099s or similar wage reporting documents for the year prior to the **Covered Accident** but has worked as an **Owner-Operator** or **Contract Driver** for at least twenty-six (26) weeks in the current year, **We** will divide the gross income earned in the current year by the number of weeks worked in the current year. The **Insured Person** will have to produce proof, which is satisfactory to **Us**, of his or her gross income and the number of weeks worked.

If the **Insured Person** did not file a federal income tax return or receive 1099s or similar wage reporting documents for the year prior to the **Covered Accident** and has not worked as an **Owner-Operator** or **Contract Driver** for at least twenty-six (26) weeks in the current year, **We** will award the **Insured Person** the **Minimum Weekly Benefit Amount** as shown in the **Schedule**.

**We** reserve the right to require the production of the federal income tax return for the year prior to the **Covered Accident** consistent with the filing requirements for that tax year.

**CTD Benefit Offsets.**

Subject to the **Minimum Weekly Benefit Amount**, the **Continuous Total Disability Benefit** will be reduced by: (1) Social Security Disability Benefits, excluding any amounts for which the **Insured Person's Dependents** may qualify because of the **Insured Person's Disability**; (2) Social Security Retirement Benefits; (3) Individual or Group Disability Benefits; (4) the amount of any disability income benefits from any automobile or no-fault policy or insurance; (5) the amount the **Insured Person** receives as compensation for lost wages or lost income in a lawsuit or the settlement of a lawsuit; and (6) any income from employment or services, or from leasing the **Insured Person's** power unit. The **Insured Person** must provide federal income tax schedules and returns to **Us** for the purpose of calculating this offset.

**CTD Benefit Termination.**

The **Continuous Total Disability** Benefit will cease on the earliest of the following dates:

1.  the date the **Insured Person** is no longer **Continuously Totally Disabled**;
2.  the date the **Insured Person's** Social Security Disability Award ceases;
3.  the date the **Insured Person** attains age 70;
4.  the date the **Maximum Benefit Period** shown in the **Schedule** for **Continuous Total Disability** has been reached;
5.  the date on which **Continuous Total Disability** is not substantiated by objective medical evidence satisfactory to **Us**;
6.  the date the **Insured Person** dies; or
7.  the date the **Maximum Benefit Amount** shown in the **Schedule** for **Continuous Total Disability** has been reached.

**CTD Benefit Definitions.**

As used in this **Continuous Total Disability** Benefit:

**Benefit Week** means a 7-day period of time that begins on the day after the **Maximum Benefit Period** for **Temporary Total Disability** has been reached, and on the same day of each week thereafter.

**Continuous Care** means at least quarterly monitoring and/or evaluation of the disabling condition by a **Physician**. **We** must receive proof of continuing **Continuous Total Disability** on a quarterly basis unless **We** agree to a longer period. These requirements may be waived by **Us**.

**Continuous Total Disability** or **Continuously Totally Disabled** means disability that: (1) prevents an **Insured Person** from performing the duties of any occupation for which he or she is qualified by reason of education, training or experience; (2) requires the care and treatment of a **Physician**; and (3) requires that, and results in, the **Insured Person** receiving **Continuous Care**. If the **Insured Person** does not adhere to the treatment plan the **Physician** prescribes relating to his or her disabling condition, the **Insured Person** will not qualify for a **Continuous Total Disability** Benefit.

In addition to the requirements set forth above, if the **Insured Person** can perform an occupation which would provide an annual gross income equal to or greater than either the gross income from wages and/or the net income reported on Schedule C which the **Insured Person** filed on his or her most recent federal income tax return filed prior to the **Covered Injury**, the **Insured Person** is not **Continuously Totally Disabled**.

The **Insured Person** must provide **Us** with such federal income tax return in order to qualify for a **Continuous Total Disability** Benefit.

AH 400A OA TIGIT 02 12

Maximum Benefit Amount means, with respect to **Continuous Total Disability**, the maximum benefits payable for **Continuous Total Disability Covered Losses.**

Maximum Benefit Period means, with respect to **Continuous Total Disability**, the maximum period for which benefits will be payable for a **Continuous Total Disability Covered Loss.** The **Maximum Benefit Period** begins after the **Waiting Period**, as indicated in the **Schedule**, has been satisfied. The length of the **Maximum Benefit Period** for **Continuous Total Disability** is shown in the **Schedule.** Benefits payable under the **Temporary Total Disability** Benefit will not be considered **Continuous Total Disability** Benefits for purposes of applying the **Maximum Benefit Period.**

Terms used in this **Continuous Total Disability** Benefit, but which refer to **Temporary Total Disability** and are defined in the **Temporary Total Disability** Benefit, are to be interpreted as defined in that Benefit.

## ACCIDENT MEDICAL EXPENSE (AME) BENEFIT

**AME Benefit Qualifications.**

If an **Insured Person** suffers an **Injury** that requires him or her to be treated by a **Physician**, within the **Medical Commencement Period** shown in the **Schedule**, **We** will pay the **Usual and Customary Charges** incurred for **Medically Necessary Covered Accident Medical Services** received due to that **Injury**, up to the **Maximum Benefit Amount** and **Maximum Benefit Period** shown in the **Schedule**, per **Insured Person**, for all **Injuries** caused by a single **Covered Accident**, subject to any applicable **Deductible Amount.**

The **Medical Commencement Period** starts on the date of the **Accident** that caused such **Injury**. The **Deductible Amount** for the **Accident Medical Expense** Benefit is the **Deductible Amount** shown in the **Schedule**, if any, which must be met from **Usual and Customary Charges** for **Medically Necessary Covered Accident Medical Services** incurred due to **Injuries** sustained by the **Insured Person** in that **Covered Accident.**

**AME Benefit Covered Accident Medical Services.**

1. **Hospital** semi-private room and board (or room and board in an intensive care unit), **Hospital** ancillary services (including but not limited to, use of the operating room or emergency room), or use of an **Ambulatory Medical Center**;

2. Services of a **Physician** or a qualified nurse, if under the supervision of a Graduate Registered Nurse (RN), for **Home Health Care** which follows a five (5) day period of **Hospital** confinement and which is prescribed by a **Physician**;

3. Services by a qualified **Physician** for the treatment of a covered **Mental and Nervous Condition** due to a **Covered Injury**. However, such charges will be considered a **Covered Accident Medical Expense** only to the extent that the charges do not exceed $25.00 per visit and are further limited to one visit per day with a maximum of twenty (20) visits. **Hospital** charges for in-patient treatment of a **Mental and Nervous Condition**, whether in a psychiatric **Hospital** or a general **Hospital**, will be considered a **Covered Accident Medical Expense** and will be limited to a maximum of $1,000 for any one (1) **Accident**;

4. Ambulance, including air ambulance, service to or from a **Hospital** as shown in the **Schedule**;

5. Laboratory tests;

6. Radiological procedures;

7. Anesthetics and the administration of anesthetics;

8. Blood, blood products and artificial blood products, and the transfusion thereof;

9. Physical Therapy, Occupational Therapy, Work Hardening Therapy and Chiropractic or Acupuncturist Care as shown in the **Schedule**;

10. Rental of **Durable Medical Equipment**, up to the actual purchase price of such equipment;

11. The initial supply, but not replacement of: casts, splints, trusses, braces, artificial limbs and artificial eyes subject to the **Accident Medical Expense** Benefit Exclusions section;

12. Medicines or drugs administered by a **Physician** or that can be obtained only with a **Physician's** written prescription;

13. Repair or replacement of **Sound Natural Teeth** damaged or lost as a result of a **Covered Injury**, up to the Dental Maximum, if any, shown in the **Schedule**;

14. **Extended Care Facilities**; or

15. **Home Health Care.**

The foregoing **Covered Accident Medical Services** are subject to all of the limits as shown in the **Schedule**.

**AME Benefit Exclusions.**

In addition to the GENERAL EXCLUSIONS in SECTION VI of this **Policy**, charges for **Covered Accident Medical Services** do not include, and benefits are not payable with respect to, any expense for or resulting from:

- repair or replacement of existing artificial limbs, artificial eyes or other prosthetic appliances or repair of existing **Durable Medical Equipment** unless for the purpose of modifying the item because **Injury** has caused further impairment in the underlying bodily condition;
- dentures, bridges, dental implants, or treatment not related to the **Injury**;
- eye glasses or contact lenses not related to the **Injury**;
- hearing aids or hearing examinations not related to the **Injury**;
- that portion of rental expense for **Durable Medical Equipment** that exceeds the usual purchase cost for similar equipment in the locality where the expense is incurred;
- **Custodial Services**;
- **Personal Comfort** or **Convenience Items**;
- services of a Federal, Veteran's, State or Municipal **Hospital** for which an **Insured Person** is not liable for payment;
- services or treatment which is covered by Medicare;
- that portion of the fee for services or treatment which is more than the **Usual and Customary Charge**;
- cosmetic, plastic or restorative surgery unless **Medically Necessary** for the treatment of an **Injury**;
- services or treatment which are provided for in a settlement or court judgment;
- services or treatment for which an **Insured Person** is not legally obligated to pay;
- an **Extended Care Facility** stay that does not follow a **Hospital** confinement of five (5) days or more;
- any mileage charges related to the **Covered Injury** unless authorized by Us;
- any translation charges related to the **Covered Injury** unless authorized by Us;
- any lodging charges related to the **Covered Injury** unless authorized by Us; or
- services or treatment which are covered under any other insurance of any kind.

**AME Benefit Definitions.**

As used in this **Accident Medical Expense** Benefit:

**Ambulatory Medical Center** means a facility that meets all of the following requirements:

1. operates under the laws of the state that it is situated in;
2. has a staff of **Physicians** and permanent facilities that are equipped and operated primarily for the purpose of providing medical services or performing subject procedures; and
3. provides continuous **Physician** and Graduate Registered Nurse (RN) services whenever a patient is in the facility. An **Ambulatory Medical Center** does not include a **Hospital** or a **Physician's** office or a clinic.

**Custodial Services** means any services which are not intended primarily to treat a specific **Injury**. **Custodial Services** include, but will not be limited to, services: (1) related to watching or protecting the **Insured Person**; (2) related to performing or assisting the **Insured Person** in performing any activities of daily living, such as: (a) walking; (b) grooming; (c) bathing; (d) dressing; (e) getting in or out of bed; (f) toileting; (g) eating; (h) preparing foods; or (i) taking medications that can usually be self-administered; and (3) that are not required to be performed by trained or skilled medical or paramedical personnel.

**Durable Medical Equipment** refers to equipment of a type that is designed primarily for use, and used primarily by people who are injured (for example, a wheelchair or a **Hospital** bed). It does not include items commonly used by people who are not injured, even if the items can be used in the treatment of **Injury** or can be used for rehabilitation or improvement of health (for example, a stationary bicycle or a spa).

**Extended Care Facility** means an institution that meets all of the following requirements:

1. operates under the laws of the state that it is situated in;
2. is approved by the Department of Health and Human Services or its successor;
3. is regularly engaged in providing skilled nursing care of sick or injured persons as inpatients at the patient's expense;