4.  provides 24 hour a day nursing service by or under the supervision of a Graduate Registered Nurse (RN);

5.  provides skilled nursing care under the supervision of a **Physician**; and

6.  maintains a daily medical record of each patient.

**Home Health Care** means nursing care and treatment of an **Insured Person** in his or her home as part of an overall extended treatment plan. To qualify, the extended treatment plan must:

1.  be approved in writing by the attending **Physician**;

2.  be provided by a **Hospital** certified to provide **Home Health** services or by a certified **Home Health Care** agency;

3.  begin within seven (7) days after discharge from a **Hospital**; and

4.  follow a **Hospital** confinement of five (5) days or more.

No benefits are payable for **Home Health Care** services provided by:

1.  a member of an **Insured Person's** immediate family; or

2.  a person residing in the **Insured Person's** home.

**Hospital** means a facility that: (1) operates under the law of the state that it is situated in; (2) is approved by the Department of Health and Human Services or its successor; (3) has organized facilities for diagnosis and surgery on its premises or in facilities available to it on a prearranged basis; (4) has 24-hour nursing service by graduate registered nurses (RN), on duty or on call; and (5) is supervised by one or more **Physicians**. A **Hospital** does not include: (1) a nursing, convalescent or geriatric unit of a **Hospital** when a patient is confined mainly to receive nursing care; (2) a facility that is, other than incidentally, a rest home, nursing home, convalescent home or home for the aged; nor does it include any ward, room, wing or other section of the **Hospital** that is used for such purposes; or (3) any military or veterans **Hospital** or soldiers home or any **Hospital** contracted for or operated by any national government or government agency for the treatment of members or ex-members of the armed forces.

**Maximum Benefit Period** means, with respect to the **Accident Medical Expense** Benefit, the maximum period for which benefits will be payable for **Covered Accident Medical Services** for or in connection with a single **Accident Medical Expense Covered Loss**. The length of the **Maximum Benefit Period** for **Accident Medical Expense** is shown in the **Schedule**.

**Medical Commencement Period** means the time period shown in the **Schedule** between the date of the **Accident** that caused the **Injury** and the date that the first medical service or treatment must be incurred for **Accident Medical Expense** Benefits to be payable under this **Policy**.

**Medically Necessary** means that a **Covered Accident Medical Service**: (1) is essential for diagnosis, treatment or care of the **Injury** for which it is prescribed or performed; (2) meets generally accepted standards of medical practice; and (3) is ordered by a **Physician** and performed under his or her care, supervision or order. The fact that a **Physician** may prescribe, authorize, or direct a service does not of itself make it **Medically Necessary** or covered by this **Policy**.

**Personal Comfort or Convenience Item(s)** means those items that are not **Medically Necessary** for the care and treatment of the **Insured Person's Injury**. The term **Personal Comfort or Convenience Item(s)** includes, but is not limited to: (1) a private **Hospital** room, unless **Medically Necessary**; (2) television rental; and (3) **Hospital** telephone charges.

**Sound Natural Teeth** means natural teeth that are either unaltered or fully restored to their normal function and are disease free, have no decay, and are not more susceptible to **Injury** than unaltered natural teeth.

**Usual and Customary Charge(s)** means a charge that is made for a **Covered Accident Medical Expense** Benefit that: (1) does not include charges that would not have been made if no insurance existed; (2) is the lesser of the usual charges for similar services, treatment, supplies, or **Hospital** room and board in the locality where the expense is incurred, or the Workers' Compensation fee schedule, if applicable, or the negotiated rate of the **Preferred Provider** designated by Us. For a **Hospital** stay, the **Usual and Customary Charge** is based upon the expense for a semi-private room and board charge, unless the stay is a **Medically Necessary** stay in an intensive care unit; and (3) with respect to drugs, is the negotiated rate of the **Preferred Provider** designated by Us, if applicable, or 125% of the Average Wholesale Price (AWP), if applicable.

## TRAVEL ASSISTANCE

**Travel Assistance** will be available to the following **Covered Persons** when they are traveling 100 miles or more from the **Insured Person's Principal Residence**: the **Insured Person** and his or her **Spouse/Domestic Partner** and/or **Dependent Child(ren)**, if the **Spouse/Domestic Partner** and/or **Dependent Child(ren)** are with the **Insured Person** while he or she is covered under this **Policy**. The **Spouse/Domestic Partner** and/or **Dependent Child(ren)** will not be covered while making a trip without the **Insured Person**. The transportation and/or services provided under **Travel Assistance** must be pre-authorized by Us. However, for certain expenses, if it is not reasonably practicable for the **Covered Person** to contact Us for pre-authorization, the **Covered Person** may be reimbursed, at **Our** discretion, for appropriate covered expenses not to exceed $500. Under this **Policy**, **Travel Assistance** consists of the following:

- **TRAVEL ASSISTANCE BENEFITS**

**Medical Evacuation**
If a **Covered Person** is **Injured** or **Ill** on a **Covered Trip** and is being treated in a hospital, medical facility, clinic or by a medical provider which, based upon **Our** evaluation, cannot provide medical care in accordance with the appropriate medical care required for such **Injury** or **Illness**, **We** will arrange for, and cover the cost for, the transport of the **Covered Person** to the nearest hospital or medical facility which can provide such care. **We** must be contacted prior to the transport and **We** must pre-authorize the transport for benefits to be payable. However, if it is not reasonably practicable for the **Covered Person** to contact **Us** for pre-authorization, the **Covered Person** may be reimbursed, at **Our** discretion, for appropriate covered expenses not to exceed $500. No transport will be arranged for and/or covered without the prior recommendation of the attending **Physician**. For the limited purpose of determining **Our** liability, **We** have the sole right to determine the standard of care of a hospital or medical facility, clinic or medical provider.

**Assisted Return of Covered Person**
If a **Covered Person** is **Injured** or **Ill** on a **Covered Trip** and has sufficiently recovered to travel with minimal risk to his or her health, **We** will arrange for, and cover the cost for, the transport of the **Covered Person** to the **Insured Person's Principal Residence**, in such transportation. **We** must be contacted prior to the transport and **We** must pre-authorize the transport for benefits to be payable. However, if it is not reasonably practicable for the **Covered Person** to contact **Us** for pre-authorization, the **Covered Person** may be reimbursed, at **Our** discretion, for appropriate covered expenses not to exceed $500. No transport will be arranged for and/or covered without the prior recommendation of the attending **Physician**. For the limited purpose of determining **Our** liability, **We** have the sole right to determine the scheduling, the mode of transportation and the special equipment and/or personnel, if required, which are covered.

**Return of Remains**
If a **Covered Person** dies while on a **Covered Trip**, **We** will make arrangements and pay for the local preparation of the body for transport or cremation (not including the cost of cremation), travel clearances and authorizations, standard shipping container (not including urn or coffin) and transportation of the body or remains to its country of destination. **We** must be contacted prior to the preparation and transportation of the body and **We** must pre-authorize the services and transportation for benefits to be payable. However, if it is not reasonably practicable for the legal representative or next of kin to contact **Us** for pre-authorization, the legal representative or next of kin may be reimbursed, at **Our** discretion, for appropriate covered expenses not to exceed $500.

**Visit to Hospital**
If a **Covered Person** is scheduled to be hospitalized for more than seven (7) consecutive days while on a **Covered Trip**, **We** will arrange for, and cover the cost of, the transportation for the person chosen by the **Covered Person** to visit such **Covered Person** while he or she is hospitalized. **We** must pre-authorize the transportation for benefits to be payable. However, if it is not reasonably practicable for the **Covered Person** to contact **Us** for pre-authorization, the **Covered Person** may be reimbursed, at **Our** discretion, for appropriate covered expenses not to exceed $500.

**Return of Child**
If an **Insured Person** is **Injured** or **Ill** while traveling with his or her **Dependent Child(ren)** on a **Covered Trip**, causing such **Dependent Child(ren)** to be left unattended, **We** will arrange and pay for the transport of the **Dependent Child(ren)** and for an attendant, if applicable. They will be transported to the location chosen by the **Insured Person**. **We** must pre-authorize the transportation of the **Dependent Child(ren)** and attendant, if applicable, for benefits to be payable. However, if it is not reasonably practicable for the **Covered Person** to contact **Us** for pre-authorization, the **Covered Person** may be reimbursed, at **Our** discretion, for appropriate covered expenses not to exceed $500.

**Return of Companion**
If a **Covered Person** is traveling with a companion while on a **Covered Trip**, and due to the **Illness** or **Injury** to the **Covered Person** such **Covered Person** cannot complete the **Covered Trip** as scheduled, **We** will pay for the

companion's return. **We** must pre-authorize such costs for benefits to be payable. However, if it is not reasonably practicable for the **Covered Person** to contact **Us** for pre-authorization, the **Covered Person** may be reimbursed, at **Our** discretion, for appropriate covered expenses not to exceed $500.

- **TRAVEL ASSISTANCE EXCLUSIONS**

  **We** will not provide **Travel Assistance** if the **Coverage** is excluded under Section VI General Exclusions of the **Policy**, or if:

  1. the **Covered Trip** was undertaken for the specific purpose of securing medical treatment;
  2. the **Injuries** or **Illness** requiring medical services resulted from the deliberate ingestion of a poison, fume, noxious chemical substance; or the use of a prescription drug unless taken as prescribed by a **Physician**; or a non-prescription drug, unless taken in accordance with its directions;
  3. with respect to a MEDICAL EVACUATION, the medical care, which is being provided, is consistent with appropriate medical care required for such **Injury** or **Illness**. **We** have sole discretion in making that determination;
  4. with respect to MEDICAL EVACUATION, it is not medically necessary to transport the **Covered Person** to another hospital or medical facility. **We** have the sole discretion in making that determination;
  5. based upon the medical condition of the **Covered Person** and/or the local conditions and circumstances, **We** determine that MEDICAL EVACUATION or ASSISTED REPATRIATION is not appropriate. **We** have sole discretion in making that determination;
  6. any local, state, country or international law prohibits the provision of the transportation or services provided for under this plan. **We** will be fully and completely excused from performance and discharged from any contractual obligation;
  7. **We** did not pre-authorize the transportation and/or services. However, for certain expenses, if it is not reasonably practicable for the **Covered Person** to contact **Us** for pre-authorization, the **Covered Person** may be reimbursed, at **Our** discretion, for appropriate covered expenses not to exceed $500.

- **TRAVEL ASSISTANCE DEFINITIONS**

  For purposes of **Travel Assistance** only, the following definitions apply:

  **Covered Trip** means when a **Covered Person** is traveling more than 100 miles from the **Insured Person's Principal Residence** and such travel is covered under the **Policy** and is not excluded under the TRAVEL ASSISTANCE EXCLUSIONS set forth above.

  **Domestic Partner** means a person with whom the **Insured Person** has a legally recognized relationship as a Domestic Partner, Civil Union Partner, Reciprocal Beneficiary, or a person who has registered in a state or local Domestic Partner registry with an **Insured Person**.

  **Illness** or **Ill** means a sickness or disease which impairs normal functions of the body.

  **Principal Residence** means the legal domicile of the **Insured Person**.

  For the purpose of **Travel Assistance**, if there are any differences in the definition of a term between **Travel Assistance** and the **Policy**, the definition in **Travel Assistance** will govern.

- **TRAVEL ASSISTANCE - OTHER PROVISIONS**

  **Reservation of Rights**
  **We** reserve the right to suspend, curtail or limit **Our** coverage in any area in the event of rebellion, riot, military uprising, war, terrorism, labor disturbance, strike, nuclear accident, act of God or refusal of authorities to permit **Us** to provide services or in any country for which a travel warning has been issued by the Department of State of the United States of America.

  **Scope**
  **Illness**, as covered under **Travel Assistance**, is solely covered under **Travel Assistance,** and in no way supercedes or modifies the other **Coverages** provided under this **Policy**. All other **Coverages** provided under this **Policy** are available only as a result of a **Covered Injury**.

To contact **Us** regarding **Travel Assistance**, the **Insured Person** must call 1-866-670-6693 from the U.S. or Canada; and collect from anywhere else in the world at +1-973-630-6693.

# SECTION V – LIMITATIONS

**Combined Single Limit.**
We will not pay more than the **Combined Single Limit** stated in the **Schedule**.

**Aggregate Limit of Liability.**
We will not pay more than the **Aggregate Limit of Liability** stated in the **Schedule**.

**Incarceration Limitation.**
Benefits being made to an **Insured Person** will cease while the **Insured Person** is incarcerated in a penal facility. The benefit will resume, as if the benefits had been paid, subject to all **Policy** conditions, when the **Insured Person** is released from such facility.

AH 400A OA TIGIT 02 12

## SECTION VI – GENERAL EXCLUSIONS

This **Policy** does not cover any losses caused in whole or in part by, or resulting in whole or in part from, the following:

- suicide or any attempt at suicide; intentionally self-inflicted **Injury** or any attempt at intentionally self-inflicted **Injury**, including, but not limited to, any attempt to restrict the flow of oxygen to the brain for purposes of autoeroticism or auto-erotic asphyxiation; or any **Injury** resulting from a provoked attack;

- illness or disease, regardless of how contracted; medical or surgical treatment of illness or disease; or complications following the surgical treatment of illness or disease; except for **Accidental** ingestion of contaminated foods;

- **Cumulative Trauma** and/or **Repetitive Conditions**, unless as shown in the **Schedule**;

- **Occupational Disease**, unless (and to the extent as) specifically provided by this **Policy**;

- Hernia of any kind, unless as shown in the **Schedule**;

- Hemorrhoids of any kind, unless as shown in the **Schedule**;

- performing, learning to perform or instructing others to perform as a crew member of any vessel while covered under the Jones Act or the United States Longshore and Harbor Workers' Act, or similar coverage;

- war, or any act of war, whether declared or undeclared;

- involvement in any type of active military service;

- any **Injury** for which the **Insured Person** is entitled to benefits pursuant to any Workers' Compensation Law or other similar legislation;

- any loss insured by employers' liability insurance;

- the **Insured Person** being intoxicated. The **Insured Person** is conclusively deemed to be intoxicated if the level of alcohol in his or her blood exceeds the amount at which a person is presumed, under the law of the locale in which the **Accident** occurred, to be under the influence of alcohol if operating a motor vehicle, regardless of whether he or she is in fact operating a motor vehicle, when the **Injury** occurs. An autopsy report from a licensed medical examiner, law enforcement officer reports, or similar items will be considered proof of the **Insured Person's** intoxication;

- the deliberate ingestion of a poison, fume, noxious chemical substance; or the use of a prescription drug unless taken as prescribed by a **Physician**; or a non-prescription drug, unless taken in accordance with its directions;

- participation in the commission or attempted commission of a crime, any felony, an assault, insurrection or riot;

- travel or flight in or on (including getting in or out of, or on or off of) any vehicle used for aerial navigation, if the **Insured Person** is:
  a. riding as a passenger in any aircraft not intended or licensed for the transportation of passengers;
  b. performing, learning to perform or instructing others to perform as a pilot or crew member of any aircraft;
  c. riding as a passenger in an aircraft owned, leased or operated by the **Participating Organization** or an **Insured Person**;

- participation in any of the following activities:

| | | | |
|---|---|---|---|
| skydiving | hang gliding | parachuting | parasailing |
| automobile racing or stunts | bungee-jumping | scuba diving | heli-skiing |
| motorcycle racing or stunts | endurance tests | fire fighting | racing |
| acrobatic or stunt flying | extreme sport stunts | hunting | |

  flight on a rocket-propelled or rocket launched aircraft
  or any other extra-hazardous activity;

- a cardiovascular event or stroke caused by exertion prior to or at the same time as an **Accident**;

- alcoholism or drug addiction; or

- any **Pre-Existing Condition** until the **Insured Person** has been continuously covered under this **Policy** for twelve (12) consecutive months.

## SECTION VII –TERMINATION OF POLICY

This **Policy** will terminate at 12:01 A.M. Standard Time at the **Policyholder's**, or its **Designee's**, address on the earliest of:

1. the premium due date if premiums are not paid when due subject to the Grace Period;
2. the date specified in the written notice of **Our** intent to terminate this **Policy**, which will be at least thirty (30) days after the date **We** send such notice to the **Policyholder's**, or its **Designee's**, last known recorded address; or
3. the date specified in the written notice of the **Policyholder's**, or its **Designee's**, intent to terminate this **Policy**, which will be at least thirty (30) days after the date the **Policyholder**, or its **Designee**, sends such notice to Us.

If **We** terminate this **Policy**, any unearned premium will be returned on a pro-rata basis. If the **Policyholder**, or its **Designee**, requests termination, **We** will return any unearned premium paid on a pro-rata basis.

Termination will not affect any claim for a **Covered Loss** occurring prior to the effective date of termination.

# SECTION VIII – CLAIMS PROVISIONS

**Notice.** The **Insured Person** or the beneficiary, or someone on their behalf, must give **Us** written notice of the loss within twenty (20) days of such loss. The notice must name the **Insured Person** and the **Policy** Number. To request a claim form, the **Insured Person** or the beneficiary, or someone on their behalf may contact **Us** at 866-568-2233. The notice must be sent to the Claims Department at Atlantic Specialty Insurance Company, or any of **Our** agents. Notice to **Our** agents is considered notice to **Us**.

**Claim Forms.** **We** will send the claimant Proof of Loss (claim) forms within fifteen (15) days after **We** receive notice. If the claimant does not receive the forms in fifteen (15) days after submitting notice, he or she can send **Us** a detailed written report of the claim and the extent of the loss. **We** will accept this report as a Proof of Loss if sent within the time fixed below for filing a Proof of Loss. The notice should include the **Insured Person's** name, the **Participating Organization's** name, and the **Policy** number.

**Proof of Loss.** Written Proof of Loss, acceptable to **Us**, must be sent within ninety (90) days of the date of the loss. If the loss is one for which this **Policy** requires continuing eligibility for periodic benefit payments, subsequent written proofs of eligibility must be furnished at such intervals as **We** may reasonably require. Failure to furnish Proof of Loss, acceptable to **Us**, within such time, will neither invalidate nor reduce any claim if it is not reasonably possible to furnish the Proof of Loss, and the proof is provided as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than one year from the time proof is otherwise required. **We** have a right to investigate the Proof of Loss and any relevant documents which the **Insured Person** will make available to **Us** upon request.

**Time of Payment.** **We** will pay claims for all **Covered Losses**, other than **Covered Losses** for which this **Policy** provides any periodic payment, immediately upon receipt of written Proof of Loss that is acceptable to **Us**.

Unless an optional periodic payment is stated or chosen, any **Covered Loss** to be paid in periodic payments will be paid at the end of each one (1) week period. The unpaid balance, which remains when **Our** liability ends, will then be paid when **We** receive the proof of **Covered Loss** that is acceptable to **Us**.

**Recipient of Payment.**
1. Loss of Life. **Covered Losses** resulting from the **Insured Person's** death are paid to the named beneficiary at the time of death. If there is no beneficiary named or the named beneficiary predeceases or dies at the same time as the **Insured Person**, **We** will pay the benefit to the **Insured Person's** survivors in the following order:
   a. the **Insured Person's** legally married spouse;
   b. the **Insured Person's** child(ren);
   c. the **Insured Person's** parents;
   d. the **Insured Person's** brothers and sisters;
   e. the **Insured Person's** estate.
2. All Other Claims. Benefits are paid to the **Insured Person**. The **Insured Person** may direct in writing that all or part of an **Accident Medical Expense** Benefit be paid directly to the party who furnished the service. The direction may be changed by the **Insured Person** at any time up to the filing of the Proof of Loss. If an **Insured Person** dies before all payments due have been made, the amount still payable will be paid to his or her beneficiary, or if there is no beneficiary designated, as set forth above.

**Physical Examination and Autopsy.** **We** have the right to examine an **Insured Person**, whose **Injury** is the basis of a claim, when and as often as **We** may reasonably request while the claim is pending. Such examination will be at **Our** expense. **We** may also require an autopsy be performed, unless forbidden by law.

**Conditional Claim Payment.** If an **Insured Person** suffers a **Covered Loss(es)** as the result of **Injuries** for which a third party may be liable, **We** will pay the amount of benefits otherwise payable under this **Policy**. However, if the **Insured Person**, beneficiary or any other person receives payment from the third party, the **Insured Person**, beneficiary or any other person agrees to refund to **Us** the lesser of: (1) the amount actually paid by **Us** for such **Covered Loss(es)**; or (2) an amount equal to the sum actually received from the third party for such **Covered Loss(es)**. If the **Insured Person**, beneficiary or any other person does not receive payment from the third party for such **Covered Loss(es)**, **We** reserve the right to subrogate under the Subrogation clause of this **Policy**.

At the time such third party liability is determined and satisfied, this amount will be paid whether determined by settlement, judgment, arbitration or otherwise. This provision will not apply where prohibited by law.

**Rehabilitation.** We will consider a rehabilitation program for the **Insured Person** if he or she is receiving benefits under either the **Temporary Total Disability** Benefit or the **Continuous Total Disability** Benefit. The program must be mutually agreed upon by the **Insured Person** and **Us**. The extent of **Our** participation will be determined by mutual agreement and benefits payable will continue during the **Insured Person's** rehabilitation.

**Sunset.** In no event will a claim made for losses sustained by an **Insured Person** be considered valid and collectible in accordance with this **Policy** unless full details of such claim are presented to **Us** within five (5) years from the date of the **Accident** which is the basis of such claim.

**Right to Recover Overpayments.** In addition to any rights of recovery, reimbursement or subrogation provided to **Us** herein, when payments have been made by **Us** with respect to a **Covered Loss** in an amount in excess of the maximum amount of payment necessary to satisfy an obligation under the terms of this **Policy**, **We** will have the right to recover such excess payment, from any person to whom such payments were made. **We** maintain the right to offset the overpayment against other benefits payable to the **Insured Person** (and his or her assignee) under this **Policy** to the extent of the overpayment.

**Suit Against Us.** No action on this **Policy** may be brought until sixty (60) days after written Proof of Loss has been sent to **Us**. Any action must commence within three (3) years, (five (5) years in Kansas and Tennessee; and six (6) years in South Carolina, Wisconsin and Alabama) of the date the written Proof of Loss was required to be submitted. If the law of the state where the **Insured Person** lives makes such limit void, then the action must begin within the shortest time period permitted by law. In those states where binding arbitration is allowed, binding arbitration will supersede this provision.

**Arbitration.** Any contest to a claim denial and/or any dispute in connection with a claim under this **Policy** will be settled by arbitration administered by the American Arbitration Association in accordance with its Commercial Arbitration Rules, and judgment on the award rendered by the arbitrator(s) may be entered in any court having jurisdiction. The arbitration will occur at the offices of the American Arbitration Association nearest to the **Insured Person** or the person claiming to be the beneficiary. This provision does not apply if the **Insured Person** or the person claiming to be the beneficiary is a resident of a state where the law does not allow binding arbitration in an insurance policy, but only if this **Policy** is subject to its laws. In such a case, binding arbitration does not apply.

This Arbitration provision permanently bars the institution of any individual or class action lawsuit brought by the **Insured Person** or beneficiary. With this binding Arbitration provision, the **Insured Person** for himself, herself or any beneficiary is waiving the right to a trial by jury.

**Recovery.** In the event an **Insured Person** makes a recovery from a third party for a loss paid under this **Policy**, the **Insured Person** will reimburse **Us** up to the amount of the benefits made by **Us**.

**Subrogation.** We have the right to recover all payments including future payments, which **We** have made, or will be obligated to pay in the future, to the **Insured Person**, beneficiary or any other person from anyone liable for the **Covered Injury**. If the **Insured Person**, beneficiary or any other person recovers from anyone liable for the **Covered Injury**, **We** will be reimbursed first from such recovery to the extent of **Our** payments to the **Insured Person**, beneficiary or any other person. The **Insured Person**, beneficiary or any other person agrees to assist **Us** in preserving **Our** rights against those responsible for such loss, including but not limited to, signing subrogation forms supplied by **Us**.

**Claims for Workers' Compensation and Other Insurance.** No benefits will be payable under this **Policy** for any loss which the **Insured Person** claims or files under any Workers' Compensation, employers' liability, occupational disease or similar law or insurance until such claim or filing is approved or denied. If such claim is denied and not appealed, **We** will pay benefits in accordance with the terms and provisions of this **Policy**. If such claim is denied, and the **Insured Person** appeals the denial, no benefits will be paid under this **Policy** until a final disposition of the appeal is issued, at which time **We** will determine **Our** liability. If the final disposition is an approval of the claim, **We** reserve the right to recover, from the **Insured Person**, any benefits paid under this **Policy** which are subsequently paid for under any Workers' Compensation, employers' liability, occupational disease or similar law or any other insurance. If the final disposition is a denial of the claim, **We** will pay benefits in accordance with the terms and provisions of this **Policy**.

## SECTION IX – GENERAL PROVISIONS

**Beneficiaries.** The **Insured Person** has the sole right to name a beneficiary. The beneficiary has no interest in the **Policy** other than to receive certain payments. The **Insured Person** may change the beneficiary at any time. Consent to a change by a prior beneficiary is not needed unless the previous beneficiary was designated as irrevocable. Any beneficiary designation must be in writing on a form acceptable to **Us**.

If any payee is a minor or is not competent to give a valid release for the payment, the payment will be made to the legal guardian of the payee's property. If the payee has no legal guardian for his or her property, a payment not exceeding $1,000 may be made, at **Our** option, to any relative by blood or connection by marriage of the payee, who, in **Our** opinion, has assumed the custody and support of the minor or responsibility for the incompetent person's affairs

**Change or Waiver.** A change or waiver of any terms or conditions of this **Policy** must be issued by **Us** in writing and signed by one of **Our** executive officers. No agent has authority to change or waive **Policy** terms or conditions. A failure to exercise any of **Our** rights under this **Policy** will not be deemed as a waiver of such rights in the same or future situations.

**Clerical Error.** A clerical error or omission, whether by the **Policyholder**, or its Designee, or **Us**, will not increase or continue an **Insured Person's** coverage, which otherwise would not be in force. If an **Insured Person** applies for insurance for which he or she is not eligible, **We** will only be liable for any premiums paid to **Us**.

**Conformity With Statute.** Terms of this **Policy** that conflict with the laws of the District of Columbia are amended to conform to such laws.

**Entire Contract.** This **Policy**, together with any riders, endorsements, amendments, applications, completed enrollment materials and attached papers, if any, make up the entire contract between the **Policyholder** and **Us**. In the absence of fraud, all statements made by the **Policyholder**, or its Designee, or any **Insured Person** will be considered representations and not warranties. No written statement made by an **Insured Person** will be used in any contest unless a copy of the statement is furnished to the **Insured Person** or his or her beneficiary or personal representative.

**Policyholder Records/Audit.** The **Policyholder**, or its Designee, will keep a record of the coverage, premium and other pertinent administrative information for each **Insured Person** in accordance with **Our** written instructions and the terms and provisions of this **Policy**. **We** may examine these records at reasonable times while the **Policy** is in force and for six (6) years after the termination of the **Policy**. **We** reserve the right to charge or refund premium, as applicable. The **Policyholder**, or its **Designee**, will report to **Us**, within a reasonable time, all changes in information regarding an **Insured Person**. The **Policyholder**, or its **Designee**, will indemnify **Us** for any benefits or other payments that are caused in whole or in part by the **Policyholder's**, or its **Designee's**, negligence or error in performing the record keeping function. In addition, the **Policyholder**, or its **Designee**, will be liable for any retroactive premium.

**Data Required.** The **Policyholder**, or its Designee, must maintain adequate records acceptable to **Us** and provide any information required by **Us** relating to this insurance.

**Renewal.** This **Policy** will automatically renew for an additional twelve-month period unless either the **Policyholder**, or its **Designee**, or **We** express an intent not to renew as specified by **Policy** termination provisions.

**Assignment of Interest.** This **Policy** is non-assignable.

**Incontestability.** The validity of this **Policy** will not be contested after it has been in force for two (2) years from the **Policy** Effective Date, except as to nonpayment of premiums.

**Noncompliance With Policy Requirements.** Any express waiver by **Us** of any requirements of this **Policy** will not constitute a continuing waiver of such requirements. Any failure by **Us** to insist upon compliance with any **Policy** provision will not operate as a waiver or amendment of that provision.

**Newly Acquired Subsidiary/Affiliated Company.** If the **Participating Organization** acquires a subsidiary or affiliated company that is to be covered under this **Policy**, and notifies **Us** of such acquisition within thirty (30) days of the date of acquisition, the eligible **Owner-Operators** and **Contract Drivers** of the **Newly Acquired Subsidiary/Affiliated Company** will be allowed to enroll for coverage under this **Policy** as of the effective date of the acquisition.

If the **Participating Organization** does not notify **Us** and provide **Us** with the underwriting information necessary for **Us** to determine the amount of additional premium required, if any, within the thirty (30) days, or does not pay such additional premium, if any, as required, the coverage for the **Owner-Operators** and **Contract Drivers** of the **Newly Acquired Subsidiary/Affiliated Company** will terminate. However, the **Participating Organization** will be liable for the payment of any premium required for the period such coverage was in effect.

**Offset Debt.** **We** will have, and may exercise at any time, the right to offset any balance or balances, whether on account of premiums or otherwise, due from the **Policyholder**, or its **Designee**, or the **Insured Person** to **Us** against any balance or balances, whether on account of losses or otherwise, due from **Us** to the **Policyholder**, or its **Designee**, or the **Insured Person**.

## SECTION X – GENERAL DEFINITIONS

- **Accident** or **Accidental** means a sudden, unexpected, external event that occurs by chance at an identifiable time and place during the **Policy** term.

- **Accident Commencement Period** means the time period, shown on the **Schedule**, between the date of the **Accident** which caused the **Injury** and the date the **Covered Loss** must occur for death, survivor, dismemberment or paralysis benefits to be payable under this **Policy**.

- **Aggregate Limit of Liability** means the total benefits **We** will pay for a **Covered Accident** or **Covered Accidents** set forth in this **Policy**. For purposes of the Aggregate Limit of Liability provision, **Covered Accident** or **Covered Accidents** will include a **Covered Loss** or **Covered Losses** arising out of a single event or related events or originating cause and includes a resulting **Covered Loss** or **Covered Losses**. If the total benefits under the Aggregate Limit of Liability is not enough to pay full benefits to each **Insured Person**, **We** will pay each one a reduced benefit based upon the proportion that the Aggregate Limit of Liability bears to the total benefits which would otherwise be paid.

- **Combined Single Limit** means, with respect to any one **Insured Person**, the total amount of benefits that are payable under this **Policy** for or in connection with a **Covered Injury** sustained as the result of any one **Covered Accident**. When the **Combined Single Limit** has been reached, no further benefits will be payable under this **Policy**, with respect to that **Insured Person** for or in connection with an **Injury** sustained as the result of that one **Covered Accident**.

- **Contract Driver** is as described in SECTION I.

- **Covered Accident** means an **Accident** that results in a **Covered Loss**.

- **Covered Injury** means an **Injury** directly caused by an **Accident**, which is independent of all other causes, results from a **Covered Accident**, occurs while the **Insured Person** is insured under this **Policy**, and results in a **Covered Loss**.

- **Covered Loss** means a loss which meets the requisites of one or more benefits, results from a **Covered Injury**, and for which benefits are payable under this **Policy**.

- **Cumulative Trauma** and/or **Repetitive Conditions** means conditions which impair the normal physiological function of the body over an extended period of time, and which do not arise as the result of a single **Accident**.

- **Deductible Amount** means the portion of the **Usual and Customary Charges** for **Medically Necessary Covered Accident Medical Services**, incurred due to **Injuries** sustained by an **Insured Person** in a **Covered Accident**, which must be met before the **Accident Medical Expense** Benefit will be paid. The **Deductible Amount** is shown in the **Schedule**.

- **Dependent Child(ren)** means those unmarried children of the **Insured Person**, including natural children from the moment of birth, step or foster children, or adopted children, from the date of the final decree of adoption, who rely on the **Insured Person** for more than 50% of their support and are taken as dependents on the **Insured Person's** Federal Income Tax Return, and who are either: 1) less than nineteen (19) years of age; or 2) less than twenty-three (23) years of age and enrolled on a full-time basis in a college, university or trade school, or who satisfy neither 1) nor 2), but who prior to age twenty-three (23), became incapable of self-sustaining employment by reason of mental retardation or physical handicap. **We** may require proof of such **Dependent Child(ren)'s** incapacity and dependency.

- **Designee** is any person acting on behalf of the **Trustee**. For purposes of this **Policy**, there is one (1) **Designee**: the **Participating Organization**.

- **Dispatch** means when the **Insured Person** is:
  1. in route to pick up a load;
  2. picking up a load;
  3. in route to deliver a load;

4. unloading a load;

5. in route after dropping off a load;

6. waiting for a load if the **Insured Person** is not at home;

7. required to perform services by or for a motor carrier; or

8. performing activities to comply with the laws of the United States (whether federal, state or territories) to satisfy motor carrier or commercial driving requirements.

**Dispatch** must be authorized by the **Participating Organization**. **Dispatch** does not include an **Injury** during usual travel between, to, and from work or a bona fide leave of absence or vacation.

For purposes of this **Policy**, if the **Insured Person** is performing maintenance and/or repairs on a power unit which the **Insured Person** owns or leases, the **Insured Person** will be deemed to be under **Dispatch**. The **Insured Person** must provide proof which is satisfactory to **Us** that the **Injury** was sustained while performing such maintenance or repairs in order to receive **Occupational Accident Benefits** for the **Injury**.

- **Eligible Person** means a person who is described in the ELIGIBILITY portion of SECTION I.

- **Immediate Family Member** means a person who is related to the **Insured Person** in any of the following ways: **Spouse**, domestic partner or civil union partner, brother-in-law, sister-in-law, son-in-law, daughter-in-law, mother-in-law, father-in-law, parent (includes stepparent), brother or sister (includes stepbrother or stepsister), or child (includes legally adopted or placed for adoption, or stepchild) or any person residing in the **Insured Person's** home.

- **Injury** or **Injuries** means bodily harm or bodily damage.

- **Insured Person** means a person who: (1) is an **Eligible Person** as described in the ELIGIBILITY portion of SECTION I; (2) has enrolled for coverage; and (3) has coverage in effect according to the terms of this **Policy**.

- **Mental and Nervous** or **Depressive Condition** means mental, nervous or emotional diseases or disorders of any type including schizophrenia, dementia, organic brain syndrome, delirium, amnesia syndromes, and organic delusional or hallucinogenic syndromes.

- **Non-Occupational** means an activity involving an **Insured Person**, which occurs while the **Insured Person** is not under **Dispatch**.

- **Non-Occupational Accident Benefits** means the benefits **We** will pay for **Non-Occupational Covered Losses** as shown in the SCHEDULE OF BENEFITS Section.

- **Occupational** means an activity involving an **Insured Person** while under **Dispatch**. **Occupational** does not encompass any period of time during the course of everyday travel to and from work or while on vacation.

- **Occupational Accident Benefits** means the benefits **We** will pay for **Occupational Covered Losses** as shown in the SCHEDULE OF BENEFITS Section.

- **Occupational Assessment** means a test of vocational capabilities. The process includes a review of medical records, **Injury** and treatment, history and background (education, military, previous occupation(s)), evaluation of basic skills such as reading, understanding, spelling and/or math capabilities, and vocational alternatives.

- **Occupational Cumulative Trauma** and/or **Repetitive Conditions** means bodily **Injury** to an **Insured Person** caused by the combined effect of repetitive physical **Occupational** activities extending over a period of time, where: (1) such condition is diagnosed by a **Physician**; (2) the **Insured Person's** performance of the activities causing the **Injury** occurred during the **Policy** period, and the onset of the **Injury** occurred and was reported during the **Policy** period; and (3) such activities resulted directly and independently of all other causes in a **Covered Loss**.

- **Occupational Disease** means a sickness which results in disability or death, and is caused by exposure to environmental or physical hazards during the course of the **Insured Person's** **Occupational** activities, where: (1) such condition is diagnosed by a **Physician**, and is generally accepted by the National Centers for Disease Control to be a disease caused by such hazards; (2) exposure to such hazards is not an **Accident** but is caused or aggravated by the conditions under which the **Insured Person** performs **Occupational** services; (3) the **Insured Person's** last day of last exposure to the environmental or physical hazards causing such condition occurs during the **Policy** Period; and (4) such exposure results directly and independently of all other causes in a **Covered Loss**.

- **Owner-Operator** is as described in SECTION I.

- **Participating Organization** is the entity shown of page 2 of this **Policy** as a participant in the Trucking Industry Group Insurance Trust.

- **Physician** means a practitioner of the healing arts acting within the scope of his or her license who is not: (1) the **Insured Person**; or (2) an **Immediate Family Member**; or (3) a practitioner retained by the **Participating Organization**.

- **Policy** means this **Occupational Accident** Insurance Policy.

- **Policyholder** is the group named as **Policyholder** on the front page of this **Policy**.

- **Pre-Existing Condition** means a condition for which an **Insured Person** has sought or received medical advice or treatment during the twelve months immediately preceding his or her effective date of coverage under this **Policy**.

- **Preferred Provider** means a **Physician** or **Hospital** with which **We** have an agreement or contract to perform a covered service or treatment at an agreed upon rate or a company which provides prescription drugs at an agreed upon rate to **Our Insured Persons**. In the following situations only, a non-preferred provider used by an **Insured Person** will be deemed to be a **Preferred Provider**:

  1. There is no **Preferred Provider** located within a 50-mile radius of the legal residence of the **Insured Person** and it is not reasonable to expect the **Insured Person** to seek treatment or services from a **Preferred Provider**;

  2. The **Insured Person** received treatment or services under **Emergency Conditions** and it would not have been reasonable to expect the **Insured Person** to have sought treatment or services from a **Preferred Provider**; or

  3. The **Medically Necessary Accident Medical Services** required by the **Insured Person** are not available through a **Preferred Provider**.

  For purposes of this provision, an **Emergency Condition or Conditions** is where a **Covered Injury**; 1) renders the **Insured Person** unable to select a **Physician, Hospital**, or other health care provider; 2) requires an emergency responder to select a **Physician, Hospital**, or other health care provider without the prior approval of the **Insured Person**; or 3) requires immediate medical care in order to prevent irreparable bodily harm or death and the nearest qualified **Physician, Hospital**, or other health care provider is a non-preferred provider.

- **Principal Sum**, as applicable to each **Insured Person**, means the amount of insurance in force under this **Policy** as described in the **Schedule**.

- **Schedule** is SECTION II of this **Policy**.

- **Spouse** means the **Insured Person's** legally married spouse.

- **Trust** is the Trucking Industry Group Insurance Trust established on October 27, 2011 with the SunTrust Bank as **Trustee**.

- **Trustee** is the SunTrust Bank located at 1445 New York Avenue, NW, Washington, DC 20005-2108.

- **Waiting Period** means the consecutive number of days an **Insured Person** must be **Temporarily Totally Disabled** or **Continuously Totally Disabled** before benefits become payable under the **Temporary Total Disability** Benefit or the **Continuous Total Disability** Benefit provisions of this **Policy**. Benefits are not retroactive to the first day of disability. The **Waiting Period** is shown in the **Schedule**.

- **We, Us**, and **Our** refers to Atlantic Specialty Insurance Company.

| | |
|---|---|
| **Policyholder:** | **Trucking Industry Group Insurance Trust** |
| **Participating Organization:** | **Bluestar Service LLC** |
| **Policy Number:** | **216-001-031** |
| **Policy Effective Date:** | **January 1, 2013** |

| | |
|---|---|
| **Underwritten by:** | **Atlantic Specialty Insurance Company** |

## EXHIBIT

**The following Services will be provided to an Insured Person:**

## I. – <u>IDENTITY MANAGEMENT SERVICES</u>

### <u>Fraud Resolution Response</u>:
- Dedicated Fraud Specialists work on behalf of the Insured Person to resolve an identity theft issue
- Monitoring Services provided following an identity theft
- Unlimited access to Crisis Resolution Center's toll free telephone number
- Assistance in filing a police report and scheduling an interview with the police
- Preparation of all documents and phone calls needed for creditor notification
- One full year of active follow-up after resolution is complete

### <u>Proactive Fraud Response</u>:
- Fraud Alerts
- Pro-active assistance following theft or loss of wallet/purse (to minimize risk)
- Credit File Freezes

### <u>Life Stage Identity Management Services</u>:
- Home & Auto Invasion – provides options to monitor and protect identity following an incident
- Infant and Minor Identity Risk Mitigation Response – helping parents protect their child's identity
- Deployed Military Personnel Response – defending those who defend our country
- Medical Identity Response – the medical identity theft remedy
- Surviving Spouse Response – safeguarding the identity of a deceased loved one
- Identity Travel Response – helping to recover lost or stolen documentation
- Relocating Residences Response – keeping one's identity safe during a move
- Catastrophic Event Document Replacement Response – helping disaster victims recapture critical documents
- Marriage and Divorce Response – guarding against identity theft during emotional periods of life

To access <u>Identity Management Services</u> call:    1-866-799-6695
      and reference:      Program #:    216-001-031
                     Group Code:    OBAH

## II. – <u>TRAVEL ASSISTANCE SERVICES</u>

<u>Medical Travel Assistance Services</u> (This is available to an Insured Person while he or she is traveling 100 miles or more from his or her Principal Residence. Also available to his or her eligible dependents provided such dependents are traveling with the Insured Person.)

- Worldwide referrals to appropriate medical and dental care
- Monitoring of treatment by Regional Medical Advisors
- Facilitation of hospital payments (upon receipt of guarantee to reimburse)
- Transfer of insurance information and medical records to medical providers
- Facilitation of hospital admission and discharge planning
- Obtaining medications, vaccines and blood where unavailable, or prescription medications if lost or stolen (provided it is legally permissible)
- Coordinating replacement of corrective lenses or medical devices if lost, stolen or broken
- Providing case updates to family, employer and/or home physician (with approval)
- Facilitation of hotel arrangements for convalescence
- Dispatch of doctors/specialists in special emergency situations

<u>Personal Travel Assistance Services</u> (This is available to an Insured Person while he or she is traveling 100 miles or more from his or her Principal Residence. Also available to his or her eligible dependents provided such dependents are traveling with the Insured Person.)

- Provision of pre-travel and health information such as: 1) culture, weather, currency and regional health concerns; 2) immunizations and vaccinations required; 3) entry and exit requirements; 4) transportation information
- Provision of real-time Security Intelligence for destination
- Facilitation of replacement of lost or stolen travel documents, such as tickets or passports
- Arrangement of emergency travel, including airlines and hotels
- Facilitation of transfer of emergency funds
- Legal referrals and assistance in obtaining bail bonds
- Emergency translation services or referrals to local interpreter services
- Transmission and receipt of emergency messages
- Coordinating emergency boarding for, and/or return of pet

To access <u>Travel Assistance Services</u>, call:  Toll Free:  1-866-670-6693
Collect:  1-973-630-6693

Exhibit

## DISTRICT OF COLUMBIA
## LIFE & HEALTH INSURANCE GUARANTY ASSOCIATION ACT OF 1992

Residents of the District of Columbia who purchase health insurance, life insurance, and annuities should know that the insurance companies licensed in the District of Columbia to write these types of insurance are members of the District of Columbia Life and Health Insurance Guaranty Association. The purpose of this Guaranty Association is to assure that policyholders will be protected, within limits, in the unlikely event that a member insurer becomes financially unable to meet its obligations. If this should happen, the Guaranty Association will assess its other member insurance companies for the money to pay the claims of insured persons who live in the District of Columbia and, in some cases, to keep coverage in force. The valuable extra protection provided by these insurers through the Guaranty Association is limited, however, as noted below.

---

**DISCLAIMER**

The District of Columbia Life and Health Insurance Guaranty Association provides coverage of claims under some types of policies if the insurer becomes impaired or insolvent. COVERAGE MAY NOT BE AVAILABLE FOR YOUR POLICY. Even if coverage is provided, there are significant limits and exclusions. Coverage is generally conditioned on residence in the District of Columbia. Other conditions may also preclude coverage.

The District of Columbia Life and Health Insurance Guaranty Association or the District of Columbia Insurance Commissioner will respond to any questions you may have which are not answered by this document. Your insurer and agent are prohibited by law from using the existence of the association or its coverage to sell you an insurance policy.

You should not rely on the availability of coverage under the Life and Health Insurance Guaranty Association Act of 1992 when selecting an insurer.

Policyholders with additional questions may contact:

Mr. Robert M. Willis
Executive Director
District of Columbia Life and Health Insurance Guaranty Association
1200 G Street, N.W.
Washington, DC 20005
Tel: (202) 434-8771
Fax: (202) 347-2990

Mr. William P. White
Commissioner
District of Columbia Department of Insurance, Securities and Banking
810 First Street, N.E., Suite 701
Washington, DC 20002
Tel: (202) 727-8000

---

The District of Columbia law that provides for this safety-net coverage is called the Life and Health Insurance Guaranty Association Act of 1992. This document contains a brief summary of this law's coverages, exclusions and limits. This summary does not cover all provisions of the law; nor does it in any way change anyone's rights or obligations under the Act or the rights or obligations of the Guaranty Association. If you have obtained this document from an agent in connection with the purchase of a policy, you should be aware that its delivery to you does not guaranty that your policy is covered by the Guaranty Association.

## COVERAGE

Generally, individuals will be protected by the District of Columbia Life and Health Insurance Guaranty Association if they live in the District of Columbia and are insured under a health insurance, life insurance, or annuity contract issued by a member insurer, or they are insured under a group insurance contract issued by a member insurer. The beneficiaries, payees or assignees of insured persons are protected as well, even if they live in another state.

## EXCLUSIONS FROM COVERAGE

However, persons holding such policies are not protected by this Guaranty Association if:

- they are eligible for protection under the laws of another state (this may occur when the insolvent insurer was incorporated in another state whose guaranty association protects insureds who live outside of that state of incorporation);
- the insurer was not authorized to do business in the District of Columbia; or
- their policy was issued by a charitable organization, a fraternal benefit society, a mandatory state pooling plan, a mutual assessment company, an insurance exchange, a non-profit hospital or medical service organization, a health maintenance organization, or a risk retention group.

The Guaranty Association also does not provide coverage for:

- any policy or portion of a policy which is not guaranteed by the insurer or for which the individual has assumed the risk;
- any policy of reinsurance (unless an assumption certificate was issued);
- any plan or program of an employer or association that provides life, health, or annuity benefits to its employees or members to the extent the plan is self-funded or uninsured;
- interest rate guarantees which exceed certain statutory limitations;
- dividends, experience rating credits, or fees for services in connection with a policy;
- credits given in connection with the administration of a policy by a group contract holder; or
- unallocated annuity contracts.

## LIMITS ON AMOUNT OF COVERAGE

The Act also limits the amount the Guaranty Association is obligated to pay. The benefits for which the Guaranty Association may become liable shall be limited to the lesser of:

- the contractual obligations for which the insurer is liable or for which the insurer would have been liable if it were not an impaired or insolvent insurer; or
- with respect to any one life, regardless of the number of policies, contracts, or certificates:
    1. $300,000 in life insurance death benefits but not more than $100,000 in net cash surrender or net cash withdrawal values for life insurance;
    2. $100,000 in health insurance benefits, including net cash surrender or net cash withdrawal values; and
    3. $300,000 in present value of annuity benefits, including net cash surrender or net cash withdrawal values.

Finally, in no event is the Guaranty Association liable for more than $300,000 with respect to any one individual.

## Our Policy Regarding Your Privacy

In order to provide the insurance products and services that respond to our customers' diverse needs, OneBeacon Insurance Group collects certain personal information. OneBeacon Insurance Group does not disclose any nonpublic personal information to any affiliated or nonaffiliated third party for marketing purposes. At OneBeacon Insurance Group, maintaining the confidentiality of our customers' personal information is of the highest importance. OneBeacon Insurance Group personal information-handling practices are governed by this privacy policy and are further regulated by law. This notice describes those practices and how they preserve your privacy in a way that permits OneBeacon Insurance Group to provide you with the products and service you demand.

### Collection of Personal Information

We get most of our information directly from you. The application you complete, as well as any additional information you provide, generally gives us most of the information we need to know. Sometimes we may contact you by phone or mail to obtain additional information. Depending on the nature of your insurance transaction, we may need additional information about you or other potential insureds from outside sources such as motor vehicle records, loss information reports, credit reports, court records or other public records. For property insurance, we may send someone to inspect your property and verify information about its value and condition, and a photo of the property may be taken.

We also may obtain information from third parties such as other insurance companies or consumer reporting agencies. A consumer report from such an agency may contain information as to credit worthiness and credit standing. If we order any kind of consumer report, upon request, we will tell you how to get a copy of the report. The agency preparing a consumer report for us may keep the information collected about you as permitted by law, and it may be disclosed to other persons.

### Disclosure of Personal Information

Information which has been collected about you will be contained in either our policy records or in your producer's files. We review it in evaluating your request for insurance coverage and in determining your rates. We will also use information in our policy records for purposes related to issuing and servicing insurance policies and settling claims. OneBeacon Insurance Group may disclose personal information to others in order to service, process or administer business such as underwriting and claims operations. In this context, OneBeacon Insurance Group may disclose (i) information we receive from you on applications and other forms, including information such as assets, income, and identifying information such as name, address and social security number; (ii) transaction information such as information about balances, payment history and parties to the transaction; and (iii) information from consumer reporting agencies such as a consumer's credit worthiness and credit history.

If coverage is declined or the charge for coverage is increased because of information contained in a consumer report, we will tell you as required by state law and the federal Fair Credit Reporting Act. We will also give you the name and address of the consumer reporting agency making the report.

### Parties to Whom Information May be Disclosed

OneBeacon Insurance Group will not disclose information about you to others without your written consent unless the disclosure is necessary to conduct our business. By law, OneBeacon Insurance Group is permitted to share information about you without prior permission under certain circumstances to certain persons and organizations such as:

- Your producer.
- Parties who perform a business, professional or insurance function for our company, including our reinsurance companies.
- Claim adjusters, appraisers, investigators and attorneys who need the information to investigate, defend or settle a claim involving you.
- Insurance support organizations which are established to collect information for the purpose of detecting and preventing insurance crimes and fraudulent claims.
- Insurance regulatory agencies in connection with the regulation of our business.
- Law enforcement or other governmental authorities to protect our legal interest, or in cases of suspected fraud or illegal activities.
- Authorized persons as ordered by subpoena, warrant or other court order or as required by law.
- Lien holder, mortgagee, assignee, lessor, or other person shown on our records or our producer's as having a legal or beneficial interest in a policy of insurance.
- Parties acting in a fiduciary or representative capacity to you (attorneys, accountants and auditors).

- Insurance rate advisory organizations.
- Parties enforcing OneBeacon Insurance Group rights in connection with the settlement of a debt, the transfer of interests or an audit.
- Parties administering transactions as requested or authorized by you.

## Right of Access to Personal Information

You have the right to know what kind of information we keep in our files about you, to have reasonable access to it and to receive a copy. Write to us if you have questions about the information. Provide your complete name, address, type of policy and policy number that was issued or applied for with us. Mail your request to: Privacy Administrator, Post Office Box 254, Canton, MA, 02021-0254. Certain types of information generally collected when evaluating claims or possible lawsuits need not be disclosed to you.

Within thirty (30) business days of receipt of your request, we will inform you in writing of the nature and substance of retrievable recorded personal information about you in our files. You may review this information in person or receive a copy by mail. We will also identify the person or organization to which we have disclosed this information within the past two (2) years. In addition, you will be given the name and address of any consumer reporting agency which prepared a report about you so that you can contact them for a copy.

After you have reviewed the personal information about you in our file, you can write to us if you believe it should be corrected, amended or deleted. We will consider your request, and within thirty (30) days either change the information or tell you that we did not and state the reason. If we do not make changes, you will have the right to insert in our file a concise statement containing what you believe to be the correct, relevant or fair information, and explaining which information on file you believe to be improper. We will notify persons designated by you to whom we have previously disclosed the information of the change or your statement. Subsequent disclosures we make also will include your statement.

## Confidentiality and Security of Personal Information

Our company maintains appropriate standards and procedures to prevent unauthorized access to your information. OneBeacon Insurance Group limits employee access to personally identifiable information to those with a business reason for knowing such information. We educate our employees so that they will understand the importance of confidentiality of personal information and take appropriate measures to enforce privacy responsibilities.

## Treatment of Personal Information of Former Customers

OneBeacon Insurance Group follows this personal information privacy policy even when a customer relationship no longer exists.

If you have additional questions about the privacy of your personal information or about your insurance needs in general, please contact your producer.

Effective July 1, 2001

G 98165 06 01

Copyright 2001
OneBeacon Insurance Group



# OneBeacon
### I N S U R A N C E®

| | | | |
|---|---|---|---|
| **Policyholder:** | **Trucking Industry Group Insurance Trust** | Effective Date of Endorsement: | **January 1, 2013** |
| **Participating Organization:** | **Bluestar Services LLC** | Policy Number: | **216-001-031** |

## ELIGIBILITY CHANGE ENDORSEMENT

It is hereby understood and agreed that, as of the effective date indicated above, the following Class III is added to **SECTION I-ELIGIBILITY, EFFECTIVE DATE AND TERMINATION DATE** of this **Policy**:

**Class III:**

All **Contract Drivers** of the **Participating Organization** who enroll for coverage under this **Policy**. For purposes of this **Policy**, a **Contract Driver** must:

1. have a valid and current Commercial Driver's License or the required license for the vehicle he or she is assigned to operate;
2. be authorized by the **Participating Organization** to operate a power unit owned or leased by the **Participating Organization**. (Such **Contract Driver** must neither own nor lease the power unit.);
3. be compensated on a basis other than time expended in the performance of work;
4. be responsible for determining the route and hours for an assignment;
5. operate the power unit of the **Participating Organization** as an Independent Contractor. (Operating the unit must be the principal duty of such **Contract Driver**.)
6. be classified as an Independent Contractor by the **Participating Organization** and not as an employee for purposes of workers' compensation insurance, federal income taxes, state income taxes, social security, unemployment insurance or for any other purpose;
7. receive a 1099 form for federal income tax reporting purposes, not a W-2;
8. not be an employee of the **Participating Organization**.

Except for the above, this Endorsement does not vary, alter, waive, or extend any of the terms of the **Policy** to which it is attached.

Endorsement No. 1

In Witness Whereof, We have caused this Endorsement to be executed and attested.

Virginia A. McCarthy, Secretary
Atlantic Specialty Insurance Company

Michael Miller, President & CEO
Atlantic Specialty Insurance Company

AH 403A OA TIGIT 02 12

Page 1 of 1
(prepared: 04-29-2013)



# OneBeacon
## I N S U R A N C E ®

| | | | |
|---|---|---|---|
| **Policyholder:** | Trucking Industry Group Insurance Trust | Effective Date of Endorsement: | **October 1, 2013** |
| **Participating Organization:** | Bluestar Services LLC | Policy Number: | **216-001-031** |

## ELIGIBILITY CHANGE ENDORSEMENT

It is hereby understood and agreed that, as of the effective date indicated above, the following Class III is <u>deleted</u> from **SECTION I-ELIGIBILITY, EFFECTIVE DATE AND TERMINATION DATE** of this Policy:

<u>Class III:</u>

All **Contract Drivers** of the **Participating Organization** who enroll for coverage under this **Policy**. For purposes of this **Policy**, a **Contract Driver** must:

1. have a valid and current Commercial Driver's License or the required license for the vehicle he or she is assigned to operate;
2. be authorized by the **Participating Organization** to operate a power unit owned or leased by the **Participating Organization**. (Such **Contract Driver** must neither own nor lease the power unit.);
3. be compensated on a basis other than time expended in the performance of work;
4. be responsible for determining the route and hours for an assignment;
5. operate the power unit of the **Participating Organization** as an Independent Contractor. (Operating the unit must be the principal duty of such **Contract Driver.**)
6. be classified as an Independent Contractor by the **Participating Organization** and not as an employee for purposes of workers' compensation insurance, federal income taxes, state income taxes, social security, unemployment insurance or for any other purpose;
7. receive a 1099 form for federal income tax reporting purposes, not a W-2;
8. not be an employee of the **Participating Organization**.

Except for the above, this Endorsement does not vary, alter, waive, or extend any of the terms of the **Policy** to which it is attached.

Endorsement No. 2

In Witness Whereof, We have caused this Endorsement to be executed and attested.

Virginia A. McCarthy, Secretary
Atlantic Specialty Insurance Company

Michael Miller, President & CEO
Atlantic Specialty Insurance Company

AH 403A OA TIGIT 02 12

Page 1 of 1
(prepared: 04-29-2013)



**OneBeacon**
I N S U R A N C E®

| | |
|---|---|
| Policyholder: **Trucking Industry Group Insurance Trust** | Effective Date of Endorsement: **October 1, 2013** |
| Participating Organization: **Bluestar Services LLC** | Policy Number: **216-001-031** |

### RATE CHANGE ENDORSEMENT

It is hereby understood and agreed that, as of the effective date indicated above, the **Premium Amount**, as it appears in **SECTION III – PREMIUM** of the above referenced **Policy**, is deleted in its entirety and replaced with the following:

**Premium Amount:**
Class I:   $134.00 per **Owner-Operator** per month
Class II:  $134.00 per **Contract Driver** per month

Except for the above, this Endorsement does not vary, alter, waive, or extend any of the terms of the **Policy** to which it is attached.

Endorsement No. 3

In Witness Whereof, We have caused this Endorsement to be executed and attested.

Virginia A. McCarthy, Secretary
Atlantic Specialty Insurance Company

Michael Miller, President & CEO
Atlantic Specialty Insurance Company

AH 403A OA TIGIT 02 12